**USA**

**vs.**

**AWAL MOHAMMED**

**Criminal No. JKB-12-05**

**Court Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---:|
| 1 | 3/8/13 | | Juror communication No. 1 |
| 2 | 3/8/13 | | Juror communication No. 2 |
| 3 | 3/8/13 | | Jury communication No. 3 |
| 4 | 3-8-13 | | Jury COMMUNICATION No. 4 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | CRIMINAL NO.  JKB-12-005 |
| AWAL MOHAMMED | * | |
| Defendant | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## RESPONSE TO JURY COMMUNICATION NO. 1

Ladies and Gentlemen of the jury:

You have requested that the Court provide you with twelve copies of the jury instructions and twelve copies of the verdict form.  This is in addition to the single copy of each already provided to you.

Response:

The Court grants your request and the additional copies are hereby provided.


Dated this 8th day of March, 2013.                    By the Court

James K. Bredar
U.S. District Judge

CASE NUMBER: JKB-12-05
CASE NAME: AWAL MOHAMMED

CAN THE JURY REVIEW TEASCRIPTS

OF TESTIMONY From Agent GAtes

In count two does conspiracy to
distribute (between the fall of 2011 AND
December, 2011) mean two seperate incidents
or a range representing to multiple events.

**SIGNATURE REDACTED**

3|8|13

CSO
1149

JUROR NUMBER: Juror Number.

DATE: Date
TIME: Time.

For Court Use Only:

Recv'd by: _____ DATE: _____ TIME: _____

Court Exhibit #: 2

Jury Note (Rev. 2/2009)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff** | * | |
| **v.** | * | **CRIMINAL NO.  JKB-12-005** |
| **AWAL MOHAMMED** | * | |
| **Defendant** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## RESPONSE TO JURY COMMUNICATION NO. 2

Ladies and Gentlemen of the jury:

You have sent me a communication that contains two distinct questions:

"Can the jury review transcripts of testimony from Agent Gates

In Count two does conspiracy to distribute (between the Fall of 2011 AND December, 2011) mean two separate incidents or a range representing to multiple events."

Response:

1. Transcripts of the trial testimony are not available.  You must rely on your collective memories of the testimony.

2. Count Two alleges that a conspiracy was in existence between the Fall of 2011 and December 2011.  The Government alleges that acts in furtherance of that conspiracy occurred during that time period.

Dated this 8th day of March, 2013.                    By the Court

James K. Bredar
U.S. District Judge

CASE NUMBER: JKB-12-05
CASE NAME: AWAL MOHAMMED

We have reached a verdict

SIGNATURE REDACTED

CSO   8. mar   240 pm

JUROR NUMBER: Juror Number.

DATE:  Date
TIME: Time.

For Court Use Only:

Recv'd by: _____   DATE: _____   TIME: _____

Court Exhibit #: _____

. Jury Note (Rev. 2/2009)