```
1                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
2                          NORTHERN DIVISION

3


4
     UNITED STATES OF AMERICA
5
          v.                              CRIMINAL CASE NO.
6                                           JKB-12-005
     NANA BARTELS-RIVERSON,
7
          Defendant
8    _____/

9

10                  (Rearraignment)
                 Tuesday, September 4, 2012
11               Baltimore, Maryland

12
     Before:  Honorable James K. Bredar, Judge
13

14

15   Appearances:

16        On Behalf of the Government:
           Mushtaq Gunja, Esquire
17         Paul Budlow, Esquire

18        On Behalf of the Defendant:
           William L. Welch, Esquire
19

20

21

22   Reported by:
     Mary M. Zajac, RPR, FCRR
23   Room 5515, U.S. Courthouse
     101 West Lombard Street
24   Baltimore, Maryland 21201

25
```

1        (Proceedings at 10:42 a.m.)

2        MR. GUNJA:  This is the case of United States versus

3   Nana Bartels-Riverson, Criminal Number JKB-12-05.  Mushtaq Gunja

4   for the government.  Seated next to me at counsel table is

5   Assistant United State's Attorney Paul Budlow, and two agents

6   from the Department of Homeland Security, Greg Hebding and Roger

7   Cochran.

8        THE COURT:  Good morning to all of you.  Mr. Welch,

9   good morning.

10       MR. WELCH:  Good morning, Your Honor.  I am William

11  Welch, spelled W-E-L-C-H, on behalf of Mr. Bartels-Riverson, who

12  is to my right.

13       THE COURT:  Thank you.  And sir, are you Nana

14  Bartels-Riverson?

15       THE DEFENDANT:  Yes, sir.

16       EXAMINATION OF THE DEFENDANT

17  BY THE COURT:

18  Q    Mr. Welch, if you and your client would approach the podium,

19  I'd be grateful.

20       Mr. Bartels-Riverson, I have before me a document

21  that's titled Waiver of Indictment.  And in this document you're

22  advised of your right to be charged with two offenses only by

23  grand jury indictment, if you insist.  On the other hand, you

24  also can give your permission to the government to charge you

25  directly by what we call an information.  You do that by means of

1    a document called a Waiver of Indictment.

2              Have you talked with your lawyer about your right to

3    only be prosecuted by indictment?

4    A    Yes, Your Honor.

5    Q    And is it true that you wish to waive that right in this

6    case with respect to these two enumerated charges, and that you

7    give your permission that you be prosecuted by information?

8    A    Yes, Your Honor.

9    Q    This Waiver of Indictment is approved and made a part of the

10   record.  I have before me a superseding information, which

11   appears to be signed by Mr. Budlow on behalf of Mr. Rosenstein,

12   but not dated.  So let's hand that down to government counsel.

13   And it is acceptable otherwise for filing today, in light of the

14   Waiver of Indictment that the defendant has just executed.

15             That needs to come back up.  Thank you.

16             MR. GUNJA:  Sorry about that, Your Honor.

17   Q    Thank you.  So a two-count superseding information has been

18   filed against the defendant this date.  The defendant has not

19   been called upon yet to plead with respect to these two charges.

20   It's my understanding, though, Mr. Bartels-Riverson, that you

21   intend to plead guilty to both of these two counts, is that

22   right?

23   A    Yes, Your Honor.

24   Q    Is that right, Mr. Welch?

25             MR. WELCH:  It is.

1        THE COURT:  The clerk will swear the defendant.

2        THE CLERK:  Yes, Your Honor.  Good morning, sir.  You

3   may raise your right hand.

4             NANA BARTELS-RIVERSON, DEFENDANT, SWORN

5        THE DEFENDANT:  Yes.

6        THE CLERK:  Thank you.  You may put your hand down.

7        EXAMINATION OF THE DEFENDANT

8   BY THE COURT:

9   Q    And your full name, Mr. Bartels-Riverson?

10  A    It's Nana K. Bartels-Riverson.

11  Q    The date of your birth?

12  A    ▮▮▮▮▮▮▮▮, 1981.

13  Q    How old are you?

14  A    31.

15  Q    Have you received a copy of the superseding information that

16  I've just been referring to?

17  A    Yes, Your Honor.

18  Q    Contains two charges.  The first one says the United States

19  Attorney for the District of Maryland charges that on or about

20  December 27, 2011, in the District of Maryland, the defendant,

21  Nana Bartels-Riverson, did knowingly, intentionally, and

22  unlawfully possess with intent to distribute a kilogram or more

23  of a quantity of a mixture or substance containing a detectable

24  amount of heroin, a Schedule I controlled substance, in violation

25  of Title 21 of the United States Code Section 841.

1          Count Two reads:  The United States Attorney for the

2     District of Maryland further charges that in or about December

3     2010, in the District of Maryland, and elsewhere, the defendant,

4     Nana Bartels-Riverson, did unlawfully transport in interstate and

5     foreign commerce motor vehicles, that is, shipping container

6     TGHU8684083, through the Port Newark-Elizabeth Marine Terminal in

7     New Jersey, carrying three motor vehicles that were stolen from

8     Maryland and Washington, DC, knowing the same to be stolen, in

9     violation of Title 18 of the United States Code Section 2312.

10          How do you plead to those two charges, Mr.

11     Bartels-Riverson?

12     A    Guilty, Your Honor.

13     Q    Before I can accept your guilty plea, I must ask you a

14     number of questions and consider the answers that you give me in

15     response to those questions.  So please listen carefully and

16     respond as best you are able.  If at any time you need to stop

17     and speak to your attorney, just indicate that you need a moment

18     to do that and we will stop and allow you to communicate with Mr.

19     Welch.  Okay?

20     A    Yes.

21     Q    Do you understand that you are now under oath and that if

22     you answer any of my questions falsely, your answers may be later

23     used against you in another prosecution for perjury or for making

24     a false statement?

25     A    Yes, Your Honor.

```
1    Q    How far did you go in school?

2    A    Just some college classes.

3    Q    Okay.  Are you having any difficulty understanding me?

4    A    Oh, no.

5    Q    Have you been treated recently for any mental illness or

6    drug addiction or alcohol addiction?

7    A    No, Your Honor.

8    Q    Are you currently under the influence of any drug,

9    medication, or alcoholic beverage of any kind?

10   A    No, Your Honor.

11   Q    And Mr. Welch, is there any question in your mind as to

12   whether or not your client is competent to proceed today?

13            MR. WELCH:  No, Your Honor.

14   Q    Mr. Bartels-Riverson, have you fully discussed the charges

15   in the indictment and the case in general with your attorney?

16   A    Yes, Your Honor.

17   Q    Are you fully satisfied with the legal representation that

18   you've received from your attorney?

19   A    Yes, Your Honor.

20   Q    Do you believe that your attorney's given you good advice?

21   A    Yes, Your Honor.

22   Q    Do you believe that your attorney has been a zealous and

23   effective legal advocate on your behalf?

24   A    Yes, Your Honor.

25            THE COURT:  Counsel, I understand that there's a plea
```

1    agreement in this case.  Is that right, Mr. Welch?

2              MR. WELCH:  There is, Your Honor.

3              THE COURT:  Mr. Budlow, is that right?

4              MR. WELCH:  Yes, Your Honor.

5              THE COURT:  The plea agreement will be marked as the

6    Government's Exhibit Number One.  And let's turn to the last

7    page.  Actually, it's Page Eight of that document.  Mr. Gunja,

8    you signed on behalf of the government, binding the government to

9    the terms of this agreement, right?

10             MR. GUNJA:  I did, Your Honor.

11             EXAMINATION OF THE DEFENDANT

12   BY THE COURT:

13   Q    Then just below that appears the following:  I've read this

14   agreement, including the sealed supplement, and carefully

15   reviewed every part of it with my attorney.  I understand it and

16   I voluntarily agree to it.  Specifically, I've reviewed the

17   factual and advisory guidelines stipulation with my attorney and

18   I do not wish to change any part of it.  I am completely

19   satisfied with the representation of my attorney.  Mr.

20   Bartels-Riverson, is that your statement?

21   A    Yes, Your Honor.

22   Q    Is it true?

23   A    Yes, Your Honor.

24   Q    Did you sign it?

25   A    Yes, sir.

1  Q    And then, Mr. Welch, you signed as well after the standard

2  defense attorney statement for this context, right?

3        MR. WELCH:  I did, Your Honor.

4  Q    Mr. Bartels-Riverson, did you have an opportunity to read

5  and discuss the plea agreement with your lawyer before you signed

6  it?

7  A    Yes, Your Honor.

8  Q    Have you reviewed fully each and every term of that plea

9  agreement with your attorney?

10  A    Yes.

11  Q    Do you feel you understand it?

12  A    Yes, sir.

13  Q    Under the terms of this plea agreement, as I understand it,

14  you agree to plead guilty to the two counts that are set out in

15  the superseding information.  Both sides, including the

16  government, obviously, reserve the right to bring to the Court's

17  attention at the time of sentencing any matters that they feel

18  are relevant to the sentencing in this case.  What's implicit is

19  that the government evidently will not otherwise prosecute you in

20  relation to the matters giving rise generally to the two charges

21  in the superseding information.

22        Mr. Gunja, is that a correct statement?

23        MR. GUNJA:  That is, Your Honor.

24  Q    Okay.  Any sealed supplement to this plea agreement is also

25  a part of this agreement.  We will discuss any sealed supplement

1    separately under seal.  There may or may not be a sealed

2    supplement in this case.

3           Mr. Gunja, have I correctly summarized the plea

4    agreement?

5           MR. GUNJA:  You have, Your Honor.

6           THE COURT:  Mr. Welch?

7           MR. WELCH:  You have, Your Honor.

8           EXAMINATION OF THE DEFENDANT

9    BY THE COURT:

10   Q    Mr. Bartels-Riverson, have I correctly summarized the plea

11   agreement?

12   A    You have, Your Honor.

13   Q    Do you agree that the Government's Exhibit Number One,

14   together with any sealed supplement, sets out the entire

15   agreement that you've made with the government and that there are

16   no other agreements or promises that have been made to you?

17   A    That's right.

18   Q    Has anybody made any promises or assurances that are not in

19   the plea agreement --

20   A    No.

21   Q    -- or the sealed supplement to persuade you to accept the

22   agreement?

23   A    No, Your Honor.

24   Q    Has anybody made any threats or used any force or violence

25   against you or someone close to you in order to persuade you to

1  accept the agreement?

2  A    No, Your Honor.

3  Q    Do you understand that the Court's not a party to the

4  agreement?

5  A    That's right.

6  Q    Do you understand that the terms of the plea agreement,

7  under the terms of the plea agreement, there may be

8  recommendations made by the lawyers to the Court about what the

9  sentence should be, and do you understand that I can reject those

10 recommendations without permitting you to withdraw your guilty

11 plea?

12 A    That's correct.  Yes, sir.

13 Q    Do you understand that I could impose a sentence that is

14 more severe than you may be expecting?

15 A    That's right.

16 Q    Are you pleading guilty of your own free will, because you

17 are guilty?

18 A    That's right.

19 Q    The offense to which you are proposing to plead guilty, both

20 of them, are felony offenses.  If I accept your guilty pleas, you

21 will be adjudged guilty of those offenses and those adjudications

22 may deprive you of valuable civil rights, such as the right to

23 vote, the right to hold public office, the right to serve on a

24 jury, the right to obtain or keep certain benefits, like student

25 loans or public housing, the right to obtain certain permits and

1    licenses, and the right to possess any kind of a firearm.  Do you

2    understand that you may lose all of those rights if you plead

3    guilty in this case?

4    A    Yes, sir.

5    Q    Immigration status of the defendant, Mr. Gunja?

6         MR. GUNJA:  We believe he's in this country illegally,

7    Your Honor.

8    Q    Do you understand, sir, that your pleas of guilty may impact

9    upon your immigration status and your legal right to remain in

10   the United States?

11   A    Yes, sir.

12   Q    Do you understand that as a result of pleading guilty in

13   this case, you may be subjected to deportation and exclusion from

14   the United States?

15   A    Yes, sir.

16   Q    Have you discussed with your lawyer the potential

17   immigration consequences of a guilty plea?

18   A    Yes, sir.

19   Q    Do you understand that immigration consequences would be

20   determined by a different tribunal, that I do not decide your

21   immigration status or consequences?

22   A    Yes, sir.

23   Q    Mr. Welch, can you confirm that you've counseled your client

24   in relation to his rights and his exposures with respect to

25   immigration consequences falling from this case?

1        MR. WELCH:  I have done so, Your Honor.

2   Q    Maximum penalties for these offenses are as follows:  With

3   respect to Count One, the maximum possible penalty is

4   imprisonment for the remainder of your natural life without the

5   possibility of parole.  And there is a minimum mandatory penalty

6   of ten years in prison that the Court would be required to

7   impose.  Do you understand that with respect to the first count?

8   A    Yes, Your Honor.

9   Q    And with respect to the second count, the maximum, Mr.

10  Gunja?

11       MR. GUNJA:  It's five years imprisonment, Your Honor.

12  Q    Is five years in prison.  There's no mandatory minimum term.

13  Do you understand that maximum possible penalty?

14  A    Yes, sir.

15  Q    Do you understand that if you're ordered incarcerated, then,

16  as part of your sentence, you will be ordered to serve a term of

17  supervised release with a maximum term of five years after you

18  are released from incarceration?

19  A    Yes.

20  Q    Do you understand that while on supervised release, you will

21  be subject to supervision, and that you will be required to

22  comply with certain conditions?

23  A    That's right.

24  Q    Do you understand that if you violate the terms and

25  conditions of supervised release, that you could be returned to

1  prison for a term that may be as great as the term of supervised

2  release?

3  A    That's correct.

4  Q    And that upon return to prison, you may not be given credit

5  for your street time?

6  A    That's correct.

7  Q    Do you understand that you may be required to pay a fine,

8  with respect to Count One, with a maximum amount of four million

9  dollars, and with respect to Count Two, with a maximum amount of

10  $250,000 as additional consequences if your guilty pleas are

11  accepted?

12  A    Yes, sir.

13  Q    Do you understand that the Court may also order you to pay

14  restitution to any victim of your offense?

15  A    That's right.

16  Q    Do you understand that the Court may require you to forfeit

17  certain property to the government if your guilty plea is

18  accepted?

19  A    That's correct.

20  Q    Forfeiture issues, Mr. Gunja?

21       MR. GUNJA:  None, Your Honor.

22  Q    Okay.  Do you understand that you must pay a special

23  assessment of $100 per count, for a total of $200, if your guilty

24  pleas are accepted?

25  A    That's correct.

1    Q    Do you understand that the Court may order you to provide

2    notice of your conviction to certain third parties, including

3    victims, if your guilty plea is accepted?

4    A    That's correct.

5    Q    Do you understand all these possible consequences of your

6    guilty pleas?

7    A    Yes, Your Honor.

8    Q    Your sentence will be determined by the Court after

9    consulting the United States sentencing guidelines, which are

10   advisory, after considering possible departures from those

11   guidelines, as permitted in federal sentencing law, and after

12   considering other sentencing factors that are set out in Title 18

13   of the United States Code Section 3553(a).  Have you and your

14   attorney talked about how the sentencing guidelines might apply

15   in your case?

16   A    Yes.

17   Q    Let's review that now.  With respect to the charge of

18   possession with intent to distribute heroin, because of the

19   quantity that's involved of between one and three kilograms, the

20   base offense level is 32.  Are you with me on that?

21   A    That's right.

22   Q    Then with respect to the interstate transportation of stolen

23   motor vehicles charge, the base offense level is six.  However,

24   because the loss exceeded a million dollars, that base offense

25   level is increased by 16 levels, to 22.  Then, because the

1    offense involved theft from the person of another, there's

2    another increase of two levels.  That takes us to 24.

3          Because the offense involved receiving stolen property

4    and you were in the business of receiving and selling stolen

5    property, there's another two-level increase, taking us to 26.

6          Because the offense involved an organized scheme to

7    steal or to receive stolen vehicles, there's another two-level

8    increase, taking us to 28.

9          The two offenses, Counts One and Two, are not related,

10   so they do not group under the grouping rules set out at Section

11   3D1.1 and 3D1.2 of the guideline.  Because Count Two is equally

12   serious or from one to four levels less serious than Count One,

13   in the overall computation there's an increase of two levels.

14         All of this leads us to an offense, an adjusted offense

15   level of 34.  Then both sides agree that there should be a

16   three-level reduction to reflect acceptance of responsibility.

17   And the consequence is that you end up at a final offense level

18   of 31.

19         Have you been through this process with Mr. Welch, of

20   computing your sentencing guidelines?

21   A    Yes, sir.

22   Q    So do you understand this kind of foreign language that I'm

23   speaking to you right now?

24   A    Yes.

25   Q    With all of these code sections and increases and decreases?

1   A    Pretty much, yeah.

2   Q    Okay.  Mr. Welch, you can confirm that you've been through

3   the guideline calculations exhaustively with your client?

4         MR. WELCH:  Yes, Your Honor, we've reviewed it all.

5   Q    All right.  Do you understand, Mr. Bartels-Riverson, that

6   the Court will not be able to finally determine the guideline

7   range for your case until after the Presentence Report has been

8   completed and after you and the government have had an

9   opportunity to challenge the computation, the reported facts, and

10  the proposed application of the guidelines by the Probation

11  Department?

12  A    Yes, sir.

13  Q    Do you understand that any criminal history you may have

14  will affect the computation of the sentencing guidelines in your

15  case?

16  A    Yes, sir.

17  Q    Mr. Gunja, do you believe the defendant has a criminal

18  history?

19        MR. GUNJA:  I do not believe he has a criminal history,

20  Your Honor.

21  Q    Do you understand, Mr. Bartels-Riverson, that in addition to

22  considering the sentencing guidelines and any departures from the

23  guidelines, that under 18 United States Code Section 3553(a), the

24  Court will apply additional factors set out there, and then may

25  impose a sentence that is either greater or lesser than that

1    specified by the sentencing guidelines and any departures

2    thereunder?

3    A    Yes, sir.

4    Q    Do you understand that the sentence ultimately imposed may

5    be different from any estimate that your attorney may have

6    provided to you?

7    A    That's correct.

8    Q    Do you understand that parole has been abolished, and if you

9    are sentenced to a term of incarceration, you will not be

10   released on parole?

11   A    That's correct.

12   Q    Do you understand that, under some circumstances, you may

13   have the right to appeal your conviction in this case?

14   A    That's correct.

15   Q    Do you understand that you and/or the government may be

16   entitled to appeal the sentence that I impose?

17   A    That's correct.

18   Q    But my understanding is, from reading your plea agreement,

19   that you've actually decided, as part of this agreement, that you

20   will waive, or give up, your right to appeal your conviction in

21   the case.

22           MR. WELCH:  If you accept the guilty plea there will be

23   no further issue as to whether or not you're guilty.  That will

24   become permanent.  However, there may be other things that you

25   might still appeal.

1          THE DEFENDANT:  Okay.

2          MR. WELCH:  Do you understand that?

3          THE DEFENDANT:  Yes, sir.

4          EXAMINATION OF THE DEFENDANT

5     BY THE COURT:

6     Q    All right.  Do you understand that you are giving up your

7     right to appeal your conviction?

8     A    That's correct.

9     Q    I also understand that both sides are waiving, or giving up,

10    their right to appeal whatever sentence is imposed.  Is that

11    right, Mr. Welch?

12         MR. WELCH:  Court's indulgence, please.

13         (Pause in Proceedings.)

14         THE COURT:  Directing your attention to Page 6,

15    Paragraph 11.

16         MR. WELCH:  It does say that, Your Honor.

17         THE COURT:  Subparagraph B.

18         MR. WELCH:  That is our understanding.

19         EXAMINATION OF THE DEFENDANT

20    BY THE COURT:

21    Q    Mr. Bartels-Riverson, do you understand that you're not

22    required to plead guilty in this case?

23    A    Yes, sir.

24    Q    Do you understand that you have the right to plead not

25    guilty to any offense charged against you and to persist in that

1   not guilty plea?

2   A    Yes, sir.

3   Q    Do you understand that if you pled not guilty, you would

4   then have the right to a trial by jury?

5   A    That's correct.

6   Q    Do you understand that your lawyer and the government's

7   lawyer would assist me in selecting 12 members of the community

8   who would be brought into this courtroom, who would sit in this

9   jury box right over here to your left, and serve as your jury?

10  A    That's correct.

11  Q    Do you understand that at trial, you would be presumed to be

12  innocent and that the government would be required to prove your

13  guilt beyond a reasonable doubt to the unanimous satisfaction of

14  the jury, and if the government couldn't do, that you could not

15  be convicted in this case?

16  A    That's right.

17  Q    Do you understand that at trial and every other critical

18  stage of the proceedings in your case, you are entitled to the

19  assistance of a competent attorney to assist you, to advise you,

20  to represent you, and to advocate for you?

21  A    That's correct.

22  Q    Do you understand that if you could not afford an attorney,

23  one would be appointed to represent you at no cost to you?

24  A    That's correct.

25  Q    In fact, that happened in this case.  Mr. Welch was

1    appointed to represent you and you've not been required to pay

2    him or anyone for his services, right?

3    A    That's right.

4    Q    Do you understand that, during your trial, you would have

5    the right to see and hear all the witnesses, and that you and

6    your attorney would be permitted to question or cross examine all

7    the witnesses testifying against you?

8    A    That's correct.

9    Q    Do you understand that you would have the right to present

10   the testimony of your own witnesses, and if those witnesses would

11   not come to court voluntarily, you would be permitted to subpoena

12   them and force them to come to court?

13   A    That's right.

14   Q    Do you understand that you would have the right to testify

15   yourself during your trial?

16   A    That's correct.

17   Q    Do you understand that you would also have the right to

18   decline to testify?

19   A    Yes, sir.

20   Q    And that if you did so decline, the fact that you did not

21   testify during your trial could not be held against you in any

22   way?

23   A    That's right.

24   Q    In fact, do you understand that if you elected to present no

25   defense at all at trial, that could not be held against you?

1    A    That's correct.

2    Q    Do you understand that if you were convicted after a trial,

3    you could appeal that conviction to a higher court?

4    A    Yes, sir.

5    Q    Do you understand that after you enter a plea of guilty, if

6    that plea is accepted by the Court, there will be no trial and

7    you will have waived or given up your right to trial, as well as

8    the other rights associated with a trial, as I've just described

9    them to you?

10   A    That's right.

11   Q    You've indicated that you intend to plead guilty to both of

12   the counts in the superseding information.  I want to discuss

13   with you the essential elements of those offenses.

14         With respect to the first offense, the government would

15   have to prove the following.  First, they'd have to prove that

16   this misconduct occurred on or about December 27, 2011.  Second,

17   they'd have to prove that it happened, at least in part, within

18   the District of Maryland.

19         Third, they'd have to prove that you did knowingly and

20   willfully possess with intent to distribute more than one

21   kilogram of heroin.

22         It's not listed here and it's arguable whether it's

23   not, whether it's an essential element, but they'd have to prove

24   that the substance was a controlled substance under the federal

25   statutes controlling illegal drugs.

1          With respect to the second charge, they'd have to prove

2     that the misconduct, once again, occurred in or about December of

3     2010.  Secondly, that it occurred, at least in part, within the

4     District of Maryland.  Third, they'd have to prove that you

5     transported or caused to be transported in interstate commerce a

6     stolen motor vehicle.  And fourth, they'd have to prove that at

7     the time of the transportation, you knew that the motor vehicle

8     had been stolen.

9          Do you understand that these are the essential elements

10     of the offenses and that if the government could not prove each

11     and every one of these elements beyond a reasonable doubt to the

12     unanimous satisfaction of the jury, you could not be convicted on

13     that particular count?

14     A     Yes, sir.

15     Q     Before I can accept your guilty plea, I must be satisfied

16     that there's a factual basis for it.  Please listen carefully as

17     the Assistant U.S. Attorney details what he believes that he

18     could prove if there was a trial in this case.  Mr. Gunja.

19          MR. GUNJA:  Thank you very much, Your Honor.  I'll

20     handle Count One and, if Your Honor doesn't mind, Mr. Budlow will

21     handle Count Two.

22          THE COURT:  No problem.

23          MR. GUNJA:  These are the merging of sort of two

24     investigations.

25          Your Honor, on December 27, 2011, members of the

1    Maryland State Police were conducting routine traffic enforcement

2    when they saw a black SUV, BMW SUV, following too closely to the

3    car in front of it.  So Sergeant Michael Conner pulled the car

4    over for a routine traffic stop.  Once the car was pulled over,

5    Mr. Conner identified the driver of the vehicle as the defendant,

6    Mr. Bartels-Riverson.

7            The defendant provided temporary registration documents

8    to Mr. Conner, which revealed that the car was only to be used to

9    transport the vehicle from Maryland to New Jersey.  But when the

10   defendant was asked where he was traveling, the defendant

11   responded that he was traveling to see a friend in Baltimore.

12   That was a technical violation of the registration.

13           In addition, Trooper Conner noticed that the defendant

14   was displaying other suspicious characteristics.  He was unable

15   to say where the friend that he was visiting lived, what his

16   friend's name was, or who the passenger in the vehicle, what his

17   name was.

18           Based on those suspicious indicators, Sergeant Conner

19   asked for a drug dog to be run around the vehicle.  The dog came

20   within a few minutes.  And the dog alerted to the presence of

21   narcotics in the vehicle.  The vehicle was searched.  Law

22   enforcement found a bag in the glove box of the car, which

23   contained approximately 1100 grams of heroin.  The driver and the

24   passenger were arrested.

25           After arrest, Mr. Bartels-Riverson was questioned.

1    After waiving his Miranda rights, the defendant admitted that he

2    possessed the heroin with the intent to distribute it.  In

3    particular, he reported that he and the passenger in the car were

4    heading to Baltimore to sell the drugs for between 60 and $75 a

5    gram.  I guess the final price had not yet been negotiated, was

6    to be negotiated in Baltimore.  Mr. Riverson also gave

7    investigators consent to search his place of business, where he

8    told the agents that there would be additional heroin.  Indeed,

9    the agents seized an additional 330 grams of heroin from his

10   place of business.

11          Those are the facts on Count One, Your Honor.

12          THE COURT:  Mr. Budlow.

13          MR. BUDLOW:  Your Honor, yes, as to Count Two, I'll

14   provide a summary.  I'll note that there's a slightly more

15   detailed summary which is noted as Attachment A to the statement

16   of facts of the plea agreement.

17          Beginning sometime in 2010 through in or about December

18   2011, the defendant, Mr. Riverson, Mr. Bartels-Riverson, was a

19   participant in a conspiracy to ship stolen vehicles from the

20   United States to countries in West Africa for resale.  Members of

21   the conspiracy in the United States hired others to steal late

22   model vehicles, usually with the keys, so that the vehicles could

23   be more easily sold.

24          The vehicles were stolen in a variety of ways, some of

25   which are listed on what is listed as Page Two of the statement

1    of facts.  Additionally, listed on Page Two are the various ways

2    that the vehicles were stored and loaded into shipping containers

3    once they were obtained.

4         The containers were then transported, after being

5    stored -- after the vehicles were stored and loaded in the

6    containers, the containers were transported to various ports,

7    including the port in Newark or the New Jersey port, the Port of

8    Baltimore in Maryland, and the Port of Norfolk in Virginia.  The

9    containers were then shipped or intended to be shipped to various

10   destinations in West Africa, including Nigeria, Togo, the Ivory

11   Coast, and Ghana.

12        The defendant was the operator of a business known as

13   Exodus Logistics, also Transxport, and African Ocean Logistics,

14   exporting businesses located in College Park, that were involved

15   in the shipping of these containers overseas.  The defendant used

16   these businesses to ship the containers of stolen vehicles to the

17   various countries in West Africa.

18        The defendant's role in the scheme varied.  At times he

19   would use his businesses to ship stolen vehicles for others.  The

20   defendant charged additional fees when shipping containers of

21   stolen vehicles, to compensate for the additional risks.

22        The individuals that the defendant shipped cars for

23   included Solomon Asare and Gabriel Awuzie, who each pled guilty

24   to conspiracy to commit interstate transportation of stolen

25   vehicles, under a different case number, JKB-11-0356.

1          Your Honor, prior to the next paragraph, may I have a

2    moment with Mr. Welch?

3          THE COURT:  Yes.

4          (Pause in Proceedings.)

5          THE COURT:  While you're chatting, I'm going to have

6    the clerk hand down the original copy of this plea agreement,

7    counsel, because there's a marginal notation on Page Three that I

8    don't really understand.  And if there's an intention to amend

9    the statement of facts, we need a more clear, concrete statement.

10   I'm not sure what that scribble means.

11         MR. BUDLOW:  Thanks, Your Honor.  Actually, we were

12   discussing, I'm going to read that paragraph in a moment.

13   Defense counsel --

14         MR. WELCH:  A little portion of that was cut off on our

15   copies.

16         MR. BUDLOW:  Mr. Welch, let me know when you're ready.

17   I'll get up to that point.

18         (Pause while Mr. Welch confers with the defendant.)

19         MR. BUDLOW:  Your Honor, I think we'll deal with that

20   as we move forward.

21         In addition to shipping vehicles for other individuals,

22   the defendant, also, at times orchestrated the shipments of

23   stolen vehicles from the inception to the end.  In those

24   circumstances, the defendant would take orders for vehicles from

25   buyers in Africa, purchase the stolen vehicles from

1   intermediaries, arrange to cool the vehicles, load the vehicles

2   in the containers, and then ship the containers to the buyers in

3   Africa.

4           The defendant paid the various participants along the

5   way, including the intermediaries, drivers of the stolen

6   vehicles, tow truck drivers, tractor trailer drivers, and

7   shipping containers.

8           THE COURT:  Shipping companies.

9           MR. BUDLOW:  And shipping companies.  Thank you, Your

10  Honor.

11          There's, the next sentence, I think -- well, most

12  payments were in cash.  I think the easiest way to handle the

13  handwritten notes by defense counsel is to simply delete the next

14  sentence.

15          THE COURT:  Okay.  So counsel are amending their

16  statement of facts by deleting the sentence that begins "on at

17  least one occasion", and ends with "bank account?"

18          MR. BUDLOW:  Yes, Your Honor.  And if defense counsel

19  agrees, I would suggest that we also delete the handwritten

20  portions.

21          MR. WELCH:  That's fine.

22          THE COURT:  Is that all agreed, Mr. Welch?

23          MR. WELCH:  It is agreed, Your Honor.

24          THE COURT:  So these marginal notations right there in

25  blue ink, I'm lining out.  None of that has any significance.  Is

1    that right, Mr. Welch?

2              MR. WELCH:  Correct, Your Honor.

3              THE COURT:  All right.  I'm scribbling them out and

4    initialing the deletion from the text.  The second to the last

5    sentence in the first full paragraph on Page Three has been

6    deleted.  And the marginal notes have all been scribbled out,

7    deleted, and are not operable.

8              Go ahead, Mr. Budlow.

9              MR. BUDLOW:  Thank you, Your Honor.  The defendant also

10   kept some of the stolen vehicles for his personal use in the

11   Maryland, in the Maryland area, it should say, and in other

12   places in the United States.

13             The defendant also used a warehouse on Lokus Road in

14   Odenton, Maryland, to store and load many of the stolen vehicles

15   into shipping containers prior to them being transported to the

16   various ports for export.

17             At all times during his involvement in the scheme, the

18   defendant knew or believed that the vehicles being shipped were

19   stolen, and he knew that the vehicles were being shipped across

20   state and national borders.

21             Since 2010, the loss associated with vehicles for which

22   the defendant participated in the shipment was more than one

23   million dollars and includes, but is not limited to, the shipping

24   of the eight containers and the vehicles therein that are listed

25   on Pages Three and Four of the statement of facts.

1          Just by way of summary, the defendant arranged for the

2     shipment of various containers, one in October of 2010 through

3     the Port of Norfolk, another one in October of 2010 through the

4     Port of Norfolk, two in November of 2010 through the Port of

5     Norfolk, one in December of 2010 through the Port of Norfolk.

6     I'm not sure of the order here.  But then another one, each --

7     I'm sorry -- another one from November 2010 through the port of

8     Norfolk.  One in, a container in December 2010 in New Jersey.

9          All of those eventually were searched and found to

10    contain stolen vehicles.  Additionally, in December of 2010 --

11          THE COURT:  Wait a minute.  I'm got October 2010,

12    Norfolk; October 2010, Norfolk; November 2010, Norfolk; November

13    2010, Norfolk.  Then December 2010, Norfolk; November 2010,

14    Norfolk; December of 2010, Newark, New Jersey.  Then December

15    2010, Newark, New Jersey again.

16          MR. BUDLOW:  That's correct, Your Honor.

17          THE COURT:  Okay.  That tracks, and that tracks the

18    statement of facts.

19          MR. BUDLOW:  Yes.  And as to all those, the vehicles,

20    the containers were searched by port authorities and found to

21    contain stolen vehicles.  Specifically, the final paragraph

22    listed, on December, in December of 2010, the defendant arranged

23    for the shipment of container TGHU8684083 to Tema, Ghana through

24    the Port Newark-Elizabeth Marine Terminal in New Jersey.  On

25    January 1st, 2011, that container was inspected by port

1    authorities and found to contain three stolen vehicles valued at

2    approximately $56,805.

3            One of the vehicles had been carjacked at gunpoint in

4    Washington, D.C., and the two others were stolen from a car

5    dealership in Anne Arundel County.

6            Your Honor, that's a summary of the statement of facts

7    in support of the defendant's guilty plea relating to Count Two

8    of the superseding information.

9            THE COURT:  So turning to Page Five, Mr.

10   Bartels-Riverson, there appears the statement:  I've read this

11   statement of facts and carefully reviewed it with my attorney.  I

12   acknowledge that it is true and correct.  Is that your statement?

13           MR. WELCH:  May we sit down for just a moment, please,

14   Your Honor?

15           THE COURT:  Yes.

16           (Pause while Mr. Welch and defendant confer.)

17           MR. WELCH:  Okay.  Back up.

18           THE COURT:  Mr. Welch?

19           MR. WELCH:  Thank you, Your Honor.  We've resolved the

20   issue that I believe Mr. Budlow had addressed at the outset; that

21   Mr. Bartels-Riverson was involved in all of these specific

22   events.  He had thought that they were saying that he, in fact,

23   possessed all of these vehicles and did them all individually.

24   But we have resolved that that is not what the government is

25   saying.  They're saying he's involved in the conspiracy to move

1    all of these vehicles.  Some of them he did possess and move

2    himself.  Some of them he was doing on behalf of other people.

3         THE COURT:  Well, the question is that, does he admit

4    that in or about December of 2010, here in Maryland and

5    elsewhere, he, not others, but he, unlawfully transported in

6    interstate and foreign commerce motor vehicles, that is,

7    specifically, shipping container TGHU8684083 through the Port

8    Newark-Elizabeth Marine Terminal in New Jersey, carrying three

9    motor vehicles that were stolen from Maryland and Washington,

10   D.C., knowing that these cars were stolen?

11        THE DEFENDANT:  That's correct, Your Honor.  I was just

12   doing it on behalf of people.  But that's pretty much --

13        THE COURT:  Well, regardless of whether you were doing

14   it with or on behalf of others, do you admit that you did what

15   I've just described, which is taken directly from the charging

16   language of Count Two?  Did you do those acts and did you do them

17   with knowledge that the cars were stolen?

18        THE DEFENDANT:  That's correct.

19        THE COURT:  It's correct?

20        THE DEFENDANT:  That's correct.

21        EXAMINATION OF THE DEFENDANT

22   BY THE COURT:

23   Q    Okay.  Then, more broadly, turning to Page Five of the

24   statement of facts, it says:  I've read this statement of facts

25   and carefully reviewed it with my attorney.  I acknowledge that

1    it is true and correct.  Is the statement of facts that's before

2    me true and correct?

3    A    Yes, Your Honor.

4    Q    And is that your statement that I've just read?

5    A    Yes, Your Honor.

6    Q    And is that statement true?

7    A    Yes, Your Honor.

8    Q    And then did you sign it where I see the signature for Nana

9    Bartels-Riverson?

10   A    That's correct, Your Honor.

11   Q    And then, Mr. Welch, you made the statement, I am Nana

12   Bartels-Riverson's attorney.  I've carefully reviewed the

13   statement of facts with him.  And then you signed as well, is

14   that true?

15        MR. WELCH:  I did, Your Honor.

16   Q    If there was a trial in this case, Mr. Bartels-Riverson,

17   could the government prove what they have set out in this

18   statement of facts?

19   A    I believe so, Your Honor.

20   Q    In conducting proceedings under Rule 11 of the Federal Rules

21   of Criminal Procedure in every case, this Court proceeds to an

22   in-camera segment, the transcript of which is sealed, in order to

23   determine whether or not there's a supplement to the plea

24   agreement.  This portion of the proceedings is sealed and the

25   records shall remain sealed until I order otherwise.

1    Conference at the bench.

2    (It is the policy of this court that every guilty plea and

3    sentencing proceeding include a bench conference concerning

4    whether the defendant is or is not cooperating.)

5        EXAMINATION OF THE DEFENDANT

6    BY THE COURT:

7    Q    Mr. Bartels-Riverson, do you understand that if I accept

8    your guilty pleas, I will refer your case to the U.S. Probation

9    Office for this district and direct them to prepare a Presentence

10   Report?  And only after I've reviewed the contents of that

11   report, and only after the government and you and your attorney

12   have had the opportunity to respond to the report, will I then

13   impose sentence in your case.

14   A    Yes, sir.

15   Q    So we finish where we started.  At the beginning of this

16   proceeding I asked you how you pled to these two charges.  You

17   told me guilty.  I told you I could not accept those guilty pleas

18   yet because I needed to have a conversation with you, during

19   which I would ask you a series of questions.

20   A    That's right.

21   Q    And you would be required to answer those questions.  And

22   the purpose of that exercise was to determine whether or not you

23   understood what you were doing this morning.

24   A    That's correct.

25   Q    Whether you understood the consequences of a guilty plea.

1   A    Yes, sir.

2   Q    Whether you understood that you did not have to pled guilty,

3   that you could go to trial on the charges.

4   A    That's correct.

5   Q    Whether you understood the range of rights that you would

6   have during a trial.

7   A    That's correct.

8   Q    We also discussed your relationship with your attorney and

9   explored whether you had faith in him and were following his

10  advice, whether he had answered your questions.  And you told me

11  that you were completely confident of your relationship with your

12  attorney.

13  A    Yes.  Thank you.

14  Q    So we are now at the end.  And now I'm going to ask you

15  again how you plead, but this time it's for keeps.

16  A    That's right.  Guilty, Your Honor.

17  Q    So how do you plead to Counts One and Two of the superseding

18  information in this case, guilty or not guilty?

19  A    Guilty.

20          THE COURT:  It's the finding of the Court in this case

21  of the United States versus Nana Bartels-Riverson, Case Number --

22  noticing that we've got a typographical error on the sealed

23  supplement, replacing the L in the Case Number with JKB.  Do we

24  have it anywhere else?

25          MR. GUNJA:  Your Honor, I think it's on the front page

1    as well.

2              THE COURT:  Of the plea agreement?

3              MR. GUNJA:  I think we signed this before the case

4    actually got transferred to you.

5              THE COURT:  All right.  Amending Exhibits One and Two,

6    substituting JKB for L.

7              So it is the finding of the Court in the case of the

8    United States versus Nana Bartels-Riverson, JKB-12-05, that the

9    defendant is fully competent and capable of entering informed

10   pleas, that the defendant is aware of the nature of the charges

11   and the consequences of the guilty pleas, and that the guilty

12   pleas are knowing and voluntary pleas, supported by an

13   independent basis in fact as to each count containing each of the

14   essential elements of the offense with respect to each count.

15   The guilty pleas are therefore accepted and the defendant is now

16   adjudged guilty of each of these two offenses.

17             A written Presentence Report will be prepared by the

18   Probation Office.  The defendant is instructed to provide the

19   Probation Office with the information that it requests as it

20   prepares that report.  The defendant's attorney may be present

21   when the probation officer interviews the defendant.

22             The defendant and his attorney will be permitted to

23   read the Presentence Report and file any objections to that

24   reports before the sentencing hearing.

25             During the sentencing hearing, the defendant and his

1    attorney shall have the right to speak, to allocute, before

2    sentence is imposed.

3            Mr. Gunja and Mr. Budlow, are there any victims of

4    either offense present, and if so, do they wish to spoke?

5            MR. BUDLOW:  None, Your Honor.

6            THE COURT:  Similarly, if any victims are present at

7    the time of sentencing, they will be afforded an opportunity to

8    address the Court.

9            The defendant was previously ordered detained, I take

10   it, Mr. Gunja?

11           MR. GUNJA:  Yes, that's right.

12           THE COURT:  And I take it that there is no request for

13   release pending sentencing in light of the defendant's

14   immigration status, if nothing else.  Is that right, Mr. Welch?

15           MR. WELCH:  That's right, Your Honor.

16           THE COURT:  I am prepared to enter a regular sentencing

17   order in this case, with sentencing scheduled for December the

18   3rd, 2012, at 1 p.m.

19           Is that date and time for sentencing convenient, Mr.

20   Welch?

21           MR. WELCH:  It is, Your Honor.

22           THE COURT:  Mr. Gunja?

23           MR. GUNJA:  Yes.

24           THE COURT:  That order has been entered.  It sets that

25   sentencing date and time, as well as other dates and deadlines

1    that are relevant to the sentencing process.  The government will

2    prepare a come-up.  Right, Mr. Gunja?

3              MR. GUNJA:  We will, Your Honor.

4              THE COURT:  Any other matters that we can productively

5    address today?

6              MR. GUNJA:  I don't think so, Your Honor.  Thank you

7    very much.

8              THE COURT:  Anything else from defense counsel?

9              MR. WELCH:  Not at this time, Your Honor.

10             THE COURT:  The defendant's remanded to the custody of

11   the marshal pending sentencing.  Counsel are excused.  Court's in

12   recess.

13             (Conclusion of Proceedings at 11:35 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                        REPORTER'S CERTIFICATE

2

3              I, Mary M. Zajac, do hereby certify that I recorded

4    stenographically the proceedings in the matter of USA v. Nana

5    Bartels-Riverson, Case Number(s) JKB-12-005, on September 5,

6    2012.

7              I further certify that the foregoing pages constitute

8    the official transcript of proceedings as transcribed by me to

9    the within matter in a complete and accurate manner.

10             In Witness Whereof, I have hereunto affixed my

11   signature this _____ day of _____, 2013.

12

13

14

15                         _____

                           Mary M. Zajac,
16                         Official Court Reporter

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 13:23
**$200** [1] - 13:23
**$250,000** [1] - 13:10
**$56,805** [1] - 30:9
**$75** [1] - 24:11

## 1

**1** [1] - 42:4
**101** [1] - 1:23
**10:42** [1] - 2:1
**11** [2] - 18:15, 33:2
**1100** [1] - 24:5
**11:35** [1] - 42:24
**12** [1] - 19:14
**16** [1] - 14:25
**18** [3] - 5:9, 14:12, 16:23
**1981** [1] - 4:12
**1st** [1] - 30:7

## 2

**2010** [21] - 5:3, 22:10, 24:24, 29:3, 29:9, 29:10, 29:11, 29:12, 29:14, 29:15, 29:17, 29:18, 29:19, 29:20, 29:21, 29:22, 30:4, 31:11
**2011** [5] - 4:20, 21:23, 23:7, 24:25, 30:7
**2012** [3] - 1:10, 42:4, 43:6
**2013** [1] - 43:11
**21** [1] - 4:25
**21201** [1] - 1:24
**22** [1] - 14:25
**2312** [1] - 5:9
**24** [1] - 15:2
**26** [1] - 15:5
**27** [3] - 4:20, 21:23, 23:7
**28** [1] - 15:8

## 3

**31** [2] - 4:14, 15:18
**32** [1] - 14:20
**330** [1] - 24:16
**34** [1] - 15:15
**3553(a** [1] - 16:23
**3553(a)** [1] - 14:13
**3D1.1** [1] - 15:11
**3D1.2** [1] - 15:11
**3rd** [1] - 42:4

## 4

**4** [1] - 1:10

## 5

**5** [1] - 43:5
**5515** [1] - 1:23

## 6

**6** [1] - 18:14
**60** [1] - 24:11

## 8

**841** [1] - 4:25

## A

**a.m** [2] - 2:1, 42:24
**able** [2] - 5:16, 16:6
**abolished** [1] - 17:8
**accept** [8] - 5:13, 9:21, 10:1, 10:20, 17:22, 22:22, 38:18, 39:3
**acceptable** [1] - 3:13
**acceptance** [1] - 15:16
**accepted** [6] - 13:11, 13:18, 13:24, 14:3, 21:13, 41:1
**account** [1] - 27:24
**accurate** [1] - 43:9
**acknowledge** [2] - 30:19, 32:7
**acquired** [1] - 37:6
**action** [1] - 34:24
**activity** [1] - 35:1
**acts** [1] - 31:23
**addiction** [2] - 6:6
**addition** [5] - 16:21, 23:20, 27:3, 33:11, 34:23
**additional** [6] - 13:10, 16:24, 24:15, 24:16, 26:2, 26:3
**additionally** [2] - 25:8, 29:17
**address** [2] - 41:19, 42:16
**addressed** [1] - 31:2
**adjudged** [2] - 10:21, 41:2
**adjudicated** [1] - 35:6
**adjudications** [1] - 10:21
**adjusted** [1] - 15:14
**admit** [2] - 31:10, 31:21
**admitted** [1] - 24:8
**advice** [2] - 6:20, 39:21
**advise** [1] - 20:1
**advised** [1] - 2:22
**advisory** [2] - 7:17, 14:10
**advocate** [2] - 6:23, 20:2
**affect** [1] - 16:14
**affixed** [1] - 43:10
**afford** [1] - 20:4
**afforded** [1] - 41:18
**Africa** [5] - 25:2, 25:17, 25:24, 27:7, 27:10
**African** [1] - 25:20
**agents** [4] - 2:5, 24:15, 24:16, 33:14
**agree** [11] - 7:16, 8:14, 9:13, 15:15, 33:15, 33:16, 33:17, 33:18, 35:9, 35:15, 37:19
**agreed** [2] - 28:4, 28:5
**agreeing** [4] - 34:16, 34:18, 34:23, 35:4
**agreement** [32] - 7:1, 7:5, 7:9, 7:14, 8:5, 8:9, 8:13, 8:24, 8:25, 9:4, 9:11, 9:15, 9:19, 9:22, 10:1, 10:4, 10:6, 10:7, 17:18, 17:19, 18:20, 24:23, 26:13, 33:6, 33:22, 35:25, 36:8, 36:17, 36:19, 37:11, 38:9, 40:13
**agreements** [1] - 9:16
**agrees** [1] - 28:1
**ahead** [1] - 28:15
**alcohol** [1] - 6:6
**alcoholic** [1] - 6:9
**alerted** [1] - 24:2
**allocute** [1] - 41:12
**allow** [1] - 5:18
**amend** [1] - 26:15
**amending** [2] - 27:22, 40:16
**AMERICA** [1] - 1:4
**amount** [3] - 4:24, 13:8, 13:9
**Anne** [1] - 30:12
**answer** [3] - 5:22, 34:18, 39:7
**answered** [1] - 39:21
**answers** [2] - 5:14, 5:22
**appeal** [7] - 17:13, 17:16, 17:20, 17:25, 18:7, 18:10, 21:10
**appear** [1] - 33:8
**Appearances** [1] - 1:15
**application** [1] - 16:10
**apply** [2] - 14:14, 16:24
**appointed** [2] - 20:5, 20:8
**apprehension** [1] - 35:1
**approach** [1] - 2:18
**approved** [1] - 3:9
**area** [1] - 28:18
**arguable** [1] - 22:4
**arrange** [1] - 27:8
**arranged** [2] - 29:8, 30:4
**arrest** [1] - 24:7
**arrested** [1] - 24:6
**Arundel** [1] - 30:12
**Asare** [1] - 26:5
**assessment** [2] - 13:23, 36:5
**assist** [6] - 19:14, 20:1, 34:24, 34:25, 35:1, 35:13
**assistance** [3] - 20:1, 36:5, 36:8
**Assistant** [2] - 2:5, 22:24
**associated** [2] - 21:15, 29:3
**assurances** [1] - 9:18
**Attachment** [1] - 24:22
**attempt** [1] - 36:23
**attention** [2] - 8:17, 18:14
**attorney** [26] - 5:17, 6:15, 6:18, 6:22, 7:15, 7:17, 7:19, 8:2, 8:9, 14:14, 17:5, 20:1, 20:4, 20:13, 30:18, 32:7, 32:19, 37:19, 37:21, 38:4, 38:22, 39:19, 39:23, 41:6, 41:8, 41:12
**Attorney** [4] - 2:5, 4:19, 5:1, 22:24
**attorney's** [1] - 6:20
**authorities** [3] - 30:2, 30:8, 34:24
**aware** [1] - 40:21
**Awuzie** [1] - 26:5

## B

**bag** [1] - 24:4
**Baltimore** [6] - 1:11, 1:24, 23:18, 24:11, 24:13, 25:15
**bank** [1] - 27:24
**Bartels** [32] - 2:3, 2:11, 2:14, 2:20, 3:20, 4:9, 4:10, 4:21, 5:4, 5:11, 6:14, 7:20, 8:4, 9:10, 16:5, 16:21, 19:3, 23:13, 24:7, 24:25, 30:17, 31:3, 32:16, 32:19, 32:23, 34:8, 36:16, 37:17, 38:18, 40:7, 40:19, 43:5
**BARTELS** [2] - 1:6, 4:4
**Bartels-Riverson** [31] - 2:3, 2:11, 2:14, 2:20, 3:20, 4:9, 4:10, 4:21, 5:4, 5:11, 6:14, 7:20, 8:4, 9:10, 16:5, 16:21, 19:3, 23:13, 24:7, 24:25, 30:17, 31:3, 32:16, 32:23, 34:8, 36:16, 37:17, 38:18, 40:7, 40:19, 43:5
**BARTELS-RIVERSON** [2] - 1:6, 4:4
**Bartels-Riverson's** [1] - 32:19
**base** [3] - 14:20, 14:23, 14:24
**based** [1] - 23:25
**basis** [2] - 22:23, 40:24
**become** [1] - 17:24
**beginning** [3] - 18:23, 24:24, 39:1
**begins** [1] - 27:23
**behalf** [8] - 2:11, 3:11, 6:23, 7:8, 31:9, 31:19, 31:21, 36:20
**Behalf** [2] - 1:16, 1:18
**believes** [1] - 22:24
**below** [1] - 7:13
**benefits** [1] - 10:24
**best** [1] - 5:16
**bets** [1] - 37:5
**between** [2] - 14:19, 24:11
**beverage** [1] - 6:9
**beyond** [4] - 19:20, 22:18, 37:2
**binding** [1] - 7:8
**birth** [1] - 4:11
**black** [1] - 23:9
**blue** [1] - 28:7
**BMW** [1] - 23:9
**borders** [1] - 29:2
**box** [2] - 19:16, 24:4
**breach** [1] - 36:17
**Bredar** [1] - 1:12
**bring** [1] - 8:16
**broadly** [1] - 32:5
**brought** [1] - 19:15
**BUDLOW** [10] - 24:20, 26:18, 26:23, 27:1, 27:16, 27:25, 28:16, 29:23, 30:1, 41:16
**Budlow** [9] - 1:17, 2:5, 3:11, 7:3, 23:2, 24:19, 28:15, 31:2, 41:14
**business** [4] - 15:4,

24:14, 24:17, 25:19
**businesses** [3] - 25:21, 25:23, 26:1
**buyers** [2] - 27:7, 27:9
**BY** [9] - 2:17, 4:8, 7:12, 9:9, 18:5, 19:2, 32:4, 34:7, 38:17

**C**

**calculations** [1] - 16:3
**camera** [3] - 33:4, 33:10, 38:15
**capable** [1] - 40:20
**car** [7] - 23:10, 23:11, 23:15, 24:4, 24:10, 30:11
**carefully** [5] - 5:15, 7:14, 22:23, 30:18, 32:7, 32:19, 37:18
**carjacked** [1] - 30:10
**carrying** [2] - 5:7, 31:15
**cars** [3] - 26:4, 31:17, 31:24
**Case** [3] - 40:7, 40:9, 43:5
**CASE** [1] - 1:5
**case** [33] - 2:2, 3:6, 6:15, 7:1, 8:18, 9:2, 11:3, 11:13, 11:25, 14:15, 16:7, 16:15, 17:13, 17:21, 19:4, 19:22, 19:25, 20:7, 22:25, 26:7, 32:23, 33:3, 33:20, 34:20, 36:13, 38:9, 38:19, 38:24, 40:4, 40:6, 40:14, 40:18, 42:3
**cash** [1] - 27:19
**caused** [1] - 22:12
**certain** [6] - 10:24, 10:25, 12:22, 13:17, 14:2, 34:13
**CERTIFICATE** [1] - 43:1
**certify** [2] - 43:3, 43:7
**challenge** [1] - 16:9
**change** [4] - 7:18, 33:23, 34:2, 37:20
**characteristics** [1] - 23:21
**charge** [4] - 2:24, 14:17, 14:23, 22:8
**charged** [3] - 2:22, 19:7, 26:2
**charges** [11] - 3:6, 3:19, 4:18, 4:19, 5:2, 5:10, 6:14, 8:20, 39:2, 39:14, 40:21
**charging** [1] - 31:22
**chatting** [1] - 26:12
**checking** [1] - 18:19

**circumstances** [2] - 17:12, 27:6
**civil** [1] - 10:22
**classes** [1] - 6:2
**clear** [1] - 26:16
**clerk** [3] - 4:1, 26:13, 33:12
**CLERK** [2] - 4:2, 4:6
**client** [5] - 2:18, 6:12, 11:23, 16:3, 34:4
**close** [1] - 9:25
**closely** [1] - 23:9
**Coast** [1] - 25:18
**Cochran** [1] - 2:7
**Code** [4] - 4:25, 5:9, 14:13, 16:23
**code** [1] - 15:25
**college** [1] - 6:2
**College** [1] - 25:21
**colloquy** [1] - 37:14
**come-up** [1] - 42:13
**commerce** [3] - 5:5, 22:12, 31:13
**commit** [2] - 26:6, 35:16
**communicate** [1] - 5:18
**community** [1] - 19:14
**companies** [2] - 27:15, 27:16
**compensate** [1] - 26:3
**competent** [3] - 6:12, 20:1, 40:20
**complete** [1] - 43:9
**completed** [1] - 16:8
**completely** [5] - 7:18, 34:11, 35:10, 37:20, 39:22
**complied** [1] - 36:7
**comply** [1] - 12:22
**computation** [4] - 15:13, 16:9, 16:14, 36:10
**computing** [1] - 15:20, 36:10
**concludes** [2] - 36:7, 38:14
**conclusion** [3] - 18:24, 36:3, 42:24
**concrete** [1] - 26:16
**conditions** [2] - 12:22, 12:25
**conduct** [1] - 34:20
**conducting** [2] - 23:8, 33:2
**confer** [1] - 30:23
**confers** [1] - 26:25
**confident** [1] - 39:22
**confirm** [2] - 11:23, 16:2
**Conner** [5] - 23:10, 23:12, 23:15, 23:20,

23:25
**consent** [1] - 24:14
**consequence** [1] - 15:17
**consequences** [8] - 11:17, 11:19, 11:21, 11:25, 13:10, 14:5, 39:11, 40:22
**consider** [1] - 5:14
**considering** [3] - 14:10, 14:12, 16:22
**conspiracy** [4] - 25:1, 25:3, 26:6, 31:7
**constitute** [1] - 43:7
**consulting** [1] - 14:9
**contain** [3] - 29:17, 30:3, 30:8
**contained** [1] - 24:5
**container** [5] - 5:5, 29:15, 30:5, 30:7, 31:14
**containers** [7] - 25:9, 25:11, 25:13, 25:16, 25:22, 25:23, 26:2, 27:9, 27:14, 28:22, 29:6, 29:9, 30:2
**containing** [2] - 4:23, 40:24
**contains** [1] - 4:18
**contents** [1] - 38:21
**context** [2] - 8:2, 38:4
**controlled** [2] - 4:24, 22:6
**controlling** [1] - 22:7
**convened** [1] - 33:10
**convenient** [1] - 42:5
**conversation** [1] - 19:22, 21:9, 22:19
**convicted** [3] - 19:22, 21:9, 22:19
**conviction** [5] - 14:2, 17:13, 17:20, 18:7, 21:10
**cool** [1] - 27:8
**cooperate** [1] - 34:16
**cooperated** [1] - 35:6
**cooperating** [2] - 35:15, 35:19
**cooperation** [6] - 33:22, 36:4, 36:5, 36:11, 36:23, 37:11
**copies** [1] - 26:22
**copy** [2] - 4:15, 26:13
**correct** [40] - 8:22, 10:12, 13:3, 13:6, 13:19, 13:25, 14:4, 17:7, 17:11, 17:14, 17:17, 18:8, 19:12, 19:17, 20:3, 20:6, 20:15, 20:23, 21:8, 28:9, 29:23, 30:19, 31:18, 31:25, 32:1, 32:2, 32:8, 32:9, 32:17, 34:22, 35:3, 35:8, 35:14, 36:25, 37:4,

37:9, 37:25, 39:10, 39:15, 39:18
**correctly** [2] - 9:3, 9:10
**cost** [1] - 20:5
**counsel** [10] - 2:4, 3:12, 6:25, 26:14, 26:20, 27:20, 27:22, 27:25, 42:19, 42:22
**counseled** [1] - 11:23
**Count** [12] - 5:1, 12:3, 13:8, 13:9, 15:11, 15:12, 23:2, 23:3, 24:18, 24:20, 30:14, 31:23
**count** [7] - 3:17, 12:7, 12:9, 13:23, 22:20, 40:24, 40:25
**countries** [1] - 25:2, 25:24
**country** [1] - 11:6
**Counts** [2] - 15:9, 40:3
**counts** [3] - 3:21, 8:14, 21:19
**County** [1] - 30:12
**COURT** [64] - 1:1, 2:8, 2:13, 2:17, 4:1, 4:8, 6:25, 7:3, 7:5, 7:12, 9:6, 9:9, 18:5, 18:14, 18:17, 18:21, 19:2, 23:4, 24:19, 26:10, 26:12, 27:15, 27:22, 28:4, 28:6, 28:10, 29:18, 29:24, 30:16, 30:22, 30:25, 31:10, 31:20, 32:1, 32:4, 33:17, 33:19, 34:3, 34:7, 36:3, 36:16, 37:1, 37:5, 37:10, 37:13, 37:16, 37:24, 38:1, 38:3, 38:7, 38:12, 38:14, 38:17, 40:6, 40:13, 40:16, 41:17, 41:23, 42:2, 42:8, 42:10, 42:15, 42:19, 42:21
**Court** [18] - 10:8, 12:6, 13:13, 13:16, 14:1, 14:8, 16:6, 16:24, 21:13, 33:3, 36:4, 36:9, 36:12, 36:21, 40:6, 40:18, 41:19, 43:16
**court** [5] - 18:21, 20:18, 20:19, 21:10, 33:11
**Court's** [5] - 8:16, 10:3, 18:12, 37:10, 42:22
**Courthouse** [1] - 1:23
**courtroom** [3] - 19:15, 33:9, 33:12
**courts** [2] - 35:5, 35:7
**credit** [1] - 13:4
**crimes** [2] - 35:16, 37:2
**Criminal** [2] - 2:3, 33:3
**criminal** [4] - 16:13, 16:17, 16:19, 35:7
**CRIMINAL** [1] - 1:5

**critical** [1] - 19:24
**cross** [1] - 20:13
**custody** [1] - 42:21
**cut** [1] - 26:21

**D**

**D.C** [2] - 30:11, 31:17
**date** [4] - 3:18, 4:11, 42:5, 42:11
**dated** [1] - 3:12
**dates** [1] - 42:11
**DC** [1] - 5:8
**deadlines** [1] - 42:11
**deal** [1] - 27:1
**dealership** [1] - 30:12
**December** [16] - 4:20, 5:2, 21:23, 22:9, 23:7, 24:24, 29:12, 29:15, 29:17, 29:20, 29:21, 30:4, 31:11, 42:3
**decide** [1] - 11:20
**decided** [2] - 17:19
**decline** [2] - 20:25, 21:2
**decreases** [1] - 15:25
**deem** [1] - 34:21
**Defendant** [2] - 1:7, 1:18
**defendant** [31] - 3:14, 3:18, 4:1, 4:20, 5:3, 11:5, 16:17, 23:12, 23:14, 23:17, 23:20, 24:8, 24:25, 25:19, 25:22, 26:2, 26:4, 26:25, 27:4, 27:6, 27:11, 28:16, 28:20, 28:25, 29:4, 29:8, 30:4, 30:23, 33:13, 35:22, 36:7, 40:20, 40:21, 41:1, 41:4, 41:7, 41:8, 41:11, 41:20
**DEFENDANT** [23] - 2:15, 2:16, 4:4, 4:5, 4:7, 7:11, 9:8, 18:1, 18:3, 18:4, 19:1, 31:18, 31:25, 32:2, 32:3, 34:6, 36:25, 37:4, 37:9, 37:23, 37:25, 38:2, 38:16
**defendant's** [6] - 25:25, 30:14, 36:5, 41:6, 41:24, 42:21
**defense** [7] - 8:2, 21:7, 26:20, 27:20, 27:25, 38:4, 42:19
**delete** [2] - 27:20, 28:1
**deleted** [2] - 28:13, 28:14
**deleting** [1] - 27:23
**deletion** [1] - 28:11
**Department** [2] - 2:6,

16:11
**departure** [1] - 33:25
**departures** [3] - 14:10, 16:22, 17:1
**deportation** [1] - 11:13
**deprive** [1] - 10:22
**deputy** [2] - 33:12
**described** [2] - 21:15, 31:22
**destinations** [1] - 25:17
**detailed** [1] - 24:22
**details** [1] - 22:24
**detained** [1] - 41:20
**detectable** [1] - 4:23
**detecting** [1] - 34:25
**determine** [3] - 16:6, 33:5, 39:8
**determined** [2] - 11:20, 14:8
**different** [3] - 11:20, 17:5, 26:7
**difficulty** [1] - 6:3
**direct** [2] - 33:9, 38:20
**directing** [1] - 18:14
**direction** [1] - 34:25
**directly** [2] - 2:25, 31:22
**disclosures** [1] - 35:23
**discuss** [3] - 8:5, 8:25, 21:19
**discussed** [3] - 6:14, 11:16, 39:19
**discussing** [1] - 26:19
**displaying** [1] - 23:21
**distribute** [4] - 4:22, 14:18, 22:2, 24:9
**DISTRICT** [2] - 1:1, 1:1
**district** [1] - 38:20
**District** [6] - 4:19, 4:20, 5:2, 5:3, 21:25, 22:11
**DIVISION** [1] - 1:2
**document** [7] - 2:20, 2:21, 3:1, 7:7, 34:9, 34:14, 37:16
**documents** [1] - 23:14
**dog** [3] - 24:1, 24:2
**dollars** [3] - 13:9, 14:24, 29:5
**done** [1] - 12:1
**doubt** [2] - 19:20, 22:18
**down** [4] - 3:12, 4:6, 26:13, 30:20
**downward** [1] - 33:25
**driver** [2] - 23:12, 24:5
**drivers** [3] - 27:12, 27:13
**drug** [3] - 6:6, 6:8, 24:1
**drugs** [2] - 22:7, 24:11
**during** [8] - 20:11, 20:22, 21:3, 28:24,

35:19, 39:4, 39:17, 41:11

# E

**easiest** [1] - 27:19
**easily** [1] - 25:5
**effective** [1] - 6:23
**eight** [1] - 29:6
**Eight** [1] - 7:7
**either** [2] - 16:25, 41:15
**elected** [1] - 21:6
**element** [1] - 22:5
**elements** [4] - 21:20, 22:16, 22:18, 40:25
**Elizabeth** [3] - 5:6, 30:6, 31:15
**elsewhere** [2] - 5:3, 31:12
**end** [3] - 15:17, 27:5, 39:25
**ends** [1] - 27:24
**enforcement** [2] - 23:8, 24:4
**enter** [2] - 21:12, 42:2
**entered** [1] - 42:10
**entering** [1] - 40:20
**entire** [1] - 9:14
**entitled** [2] - 17:16, 19:25
**enumerated** [1] - 3:6
**equally** [1] - 15:11
**error** [1] - 40:8
**Esquire** [3] - 1:16, 1:17, 1:18
**essential** [4] - 21:20, 22:5, 22:16, 40:25
**estimate** [1] - 17:5
**events** [1] - 31:4
**eventually** [1] - 29:16
**evidently** [1] - 8:19
**eXAMINATION** [1] - 4:7
**EXAMINATION** [8] - 2:16, 7:11, 9:8, 18:4, 19:1, 32:3, 34:6, 38:16
**examine** [1] - 20:13
**exceeded** [1] - 14:24
**exclusion** [1] - 11:13
**excused** [1] - 42:22
**executed** [1] - 3:14
**exercise** [2] - 36:4, 39:8
**exhaustively** [1] - 16:3
**Exhibit** [4] - 7:6, 9:13, 33:20, 38:7
**Exhibits** [1] - 40:16
**Exodus** [1] - 25:20
**expect** [1] - 37:8
**expecting** [1] - 10:14
**explored** [1] - 39:20
**export** [1] - 28:23

**exporting** [1] - 25:21
**exposures** [1] - 11:24
**expressly** [1] - 38:8
**extent** [1] - 36:6

# F

**fact** [6] - 20:7, 21:2, 21:6, 31:4, 37:1, 40:24
**factors** [2] - 14:12, 16:24
**facts** [15] - 16:9, 24:18, 24:23, 25:8, 26:16, 27:23, 29:7, 29:25, 30:13, 30:18, 32:6, 32:8, 32:20, 32:25
**factual** [2] - 7:17, 22:23
**fair** [1] - 33:21
**faith** [1] - 39:20
**falling** [1] - 11:25
**false** [1] - 5:24
**falsely** [1] - 5:22
**far** [1] - 6:1
**FCRR** [1] - 1:22
**federal** [4] - 14:11, 22:6, 33:13, 34:19, 35:16
**Federal** [1] - 33:2
**fees** [1] - 26:2
**felony** [1] - 10:20
**few** [1] - 24:2
**file** [2] - 36:20, 41:9
**filed** [1] - 3:18
**filing** [1] - 3:13
**final** [3] - 15:17, 24:12, 30:3
**finally** [1] - 16:6
**fine** [2] - 13:7, 28:3
**finish** [1] - 39:1
**firearm** [1] - 11:1
**first** [4] - 4:18, 12:7, 21:21, 21:22, 28:12, 35:4
**Five** [2] - 30:16, 32:5
**five** [2] - 12:11, 12:12, 12:17
**following** [4] - 7:13, 21:22, 23:9, 39:20
**follows** [1] - 12:2
**FOR** [1] - 1:1
**force** [2] - 9:24, 20:19
**foregoing** [1] - 43:7
**foreign** [3] - 5:5, 15:22, 31:13
**forfeit** [1] - 13:16
**forfeiture** [1] - 13:20
**forward** [1] - 27:2
**Four** [2] - 29:7, 34:1
**four** [4] - 13:8, 15:12, 33:25, 36:11
**fourth** [1] - 22:13

**free** [1] - 10:16
**friend** [2] - 23:18, 23:22
**friend's** [1] - 23:23
**front** [2] - 23:10, 40:11
**full** [2] - 4:9, 28:12
**fully** [5] - 6:14, 6:17, 8:8, 35:13, 40:20

# G

**Gabriel** [1] - 26:5
**general** [1] - 6:15
**generally** [1] - 8:20
**Ghana** [2] - 25:18, 30:5
**given** [3] - 6:20, 13:4, 21:14
**glove** [1] - 24:4
**government** [29] - 2:4, 2:24, 3:12, 7:8, 8:16, 8:19, 9:15, 13:17, 16:8, 17:15, 19:19, 19:21, 21:21, 22:17, 31:6, 32:24, 33:25, 34:16, 35:20, 35:24, 36:3, 36:6, 36:9, 36:18, 37:6, 37:10, 38:22, 42:12
**Government** [1] - 1:16
**government's** [1] - 19:13
**Government's** [4] - 7:6, 9:13, 33:20, 38:7
**gram** [1] - 24:12
**grams** [2] - 24:5, 24:16
**grand** [2] - 2:23, 35:5
**grateful** [1] - 2:19
**great** [1] - 13:1
**greater** [1] - 16:25
**Greg** [1] - 2:6
**group** [1] - 15:10
**grouping** [1] - 15:10
**guess** [1] - 24:12
**guideline** [3] - 15:11, 16:3, 16:6
**guidelines** [1] - 7:17, 14:9, 14:11, 14:14, 15:20, 16:10, 16:14, 16:22, 16:23, 17:1, 36:10
**guilt** [1] - 19:20
**guilty** [44] - 3:21, 5:12, 5:13, 8:14, 10:10, 10:16, 10:17, 10:19, 10:20, 10:21, 11:3, 11:8, 11:12, 11:17, 13:10, 13:17, 13:23, 14:3, 14:6, 17:22, 17:23, 19:4, 19:7, 19:8, 19:10, 21:12, 21:18, 22:22, 26:5, 30:14, 37:3, 38:19, 39:3, 39:11, 39:13, 40:2, 40:4, 40:5,

40:22, 41:1, 41:2
**Gunja** [19] - 1:16, 2:3, 7:7, 8:22, 9:3, 11:5, 12:10, 13:20, 16:17, 22:25, 33:15, 33:21, 35:22, 36:14, 38:10, 41:14, 41:21, 42:8, 42:13
**GUNJA** [23] - 2:2, 3:16, 7:10, 8:23, 9:5, 11:6, 12:11, 13:21, 16:19, 23:1, 23:5, 33:16, 33:23, 36:1, 36:15, 37:12, 38:11, 40:11, 40:14, 41:22, 42:9, 42:14, 42:17
**gunpoint** [1] - 30:10

# H

**hand** [5] - 2:23, 3:12, 4:3, 4:6, 26:13
**handle** [3] - 23:2, 23:3, 27:19
**handwritten** [2] - 27:20, 28:1
**heading** [1] - 24:11
**hear** [1] - 20:12
**hearing** [2] - 41:10, 41:11
**Hebding** [1] - 2:6
**held** [2] - 21:3, 21:7
**hereby** [1] - 43:3
**hereunto** [1] - 43:10
**heroin** [7] - 4:24, 14:18, 22:3, 24:5, 24:9, 24:15, 24:16
**higher** [1] - 21:10
**himself** [1] - 31:9
**hired** [1] - 25:3
**history** [3] - 16:13, 16:18, 16:19
**hold** [1] - 10:23
**holding** [1] - 35:10
**Homeland** [1] - 2:6
**honest** [1] - 36:5
**Honor** [83] - 2:10, 3:4, 3:8, 3:16, 3:23, 4:2, 4:17, 5:12, 5:25, 6:7, 6:10, 6:13, 6:16, 6:19, 6:21, 6:24, 7:2, 7:4, 7:10, 7:21, 7:23, 8:3, 8:7, 8:23, 9:5, 9:7, 9:12, 9:23, 10:2, 11:7, 12:1, 12:8, 12:11, 13:21, 14:7, 16:4, 16:20, 18:16, 23:1, 23:2, 23:7, 24:18, 24:20, 26:8, 26:18, 27:1, 27:17, 27:25, 28:5, 28:9, 28:16, 29:23, 30:13, 30:21, 31:1, 31:18, 32:10,

32:12, 32:14, 32:17, 32:22, 33:1, 33:16, 33:18, 33:23, 34:5, 34:10, 34:12, 36:1, 36:15, 37:12, 37:15, 38:6, 38:11, 38:13, 40:2, 40:11, 41:16, 42:1, 42:7, 42:14, 42:17, 42:20
**Honorable** [1] - 1:12
**housing** [1] - 10:25

## I

**identified** [1] - 23:12
**illegal** [3] - 22:7, 34:21, 34:25
**illegally** [1] - 11:6
**illness** [1] - 6:5
**immigration** [7] - 11:5, 11:9, 11:17, 11:19, 11:21, 11:25, 41:25
**immunity** [1] - 35:23
**impact** [2] - 11:8, 18:19
**implicit** [1] - 8:18
**impose** [6] - 10:13, 12:7, 16:25, 17:16, 36:12, 38:24
**imposed** [3] - 17:4, 18:10, 41:13
**imprisonment** [2] - 12:4, 12:11
**IN** [1] - 1:1
**in-camera** [3] - 33:4, 33:10, 38:15
**incarcerated** [1] - 12:15
**incarceration** [2] - 12:18, 17:9
**inception** [1] - 27:5
**included** [1] - 26:5
**includes** [1] - 29:5
**including** [6] - 7:14, 8:15, 14:2, 25:14, 25:17, 27:12
**incorporate** [1] - 38:8
**increase** [4] - 15:2, 15:5, 15:8, 15:13
**increased** [1] - 14:25
**increases** [1] - 15:25
**indeed** [1] - 24:15
**independent** [1] - 40:24
**indicate** [1] - 5:17
**indicated** [1] - 21:18
**indicators** [1] - 23:25
**Indictment** [4] - 2:21, 3:1, 3:9, 3:14
**indictment** [2] - 2:23, 3:3, 6:15
**individually** [1] - 31:5
**individuals** [2] - 26:4,

27:3
**indulgence** [1] - 18:12
**influence** [1] - 6:8
**information** [15] - 2:25, 3:7, 3:10, 3:17, 4:15, 8:15, 8:21, 21:19, 30:15, 35:24, 36:22, 37:3, 37:6, 40:4, 41:5
**informed** [1] - 40:20
**initialing** [1] - 28:11
**ink** [1] - 28:7
**innocent** [1] - 19:19
**insist** [1] - 2:23
**inspected** [1] - 30:7
**instructed** [2] - 18:21, 41:4
**intend** [2] - 3:21, 21:18
**intended** [1] - 25:16
**intent** [4] - 4:22, 14:18, 22:2, 24:9
**intention** [1] - 26:15
**intentionally** [1] - 4:21
**intermediaries** [2] - 27:8, 27:12
**interstate** [5] - 5:4, 14:22, 22:12, 26:6, 31:13
**interviews** [1] - 41:7
**investigation** [1] - 34:21
**investigations** [1] - 23:6
**investigators** [2] - 24:14, 34:19
**involved** [7] - 14:19, 15:1, 15:3, 15:6, 25:21, 31:3, 31:7
**involvement** [1] - 28:24
**issue** [2] - 17:23, 31:2
**issues** [2] - 13:20, 37:13
**Ivory** [1] - 25:17

## J

**James** [1] - 1:12
**January** [1] - 30:7
**Jersey** [8] - 5:7, 23:16, 25:14, 29:15, 29:21, 29:22, 30:6, 31:15
**JKB** [2] - 40:9, 40:17
**JKB-11-0356** [1] - 26:7
**jKB-12-005** [1] - 1:6
**JKB-12-005** [1] - 43:5
**JKB-12-05** [2] - 2:3, 40:19
**Judge** [1] - 1:12
**juries** [1] - 35:5
**jury** [7] - 2:23, 10:24, 19:11, 19:16, 19:21,

22:19

## K

**keep** [1] - 10:24
**keeps** [1] - 40:1
**kept** [1] - 28:17
**keys** [1] - 25:4
**kilogram** [2] - 4:22, 22:3
**kilograms** [1] - 14:19
**kind** [3] - 6:9, 11:1, 15:22
**knowing** [3] - 5:8, 31:17, 40:23
**knowingly** [2] - 4:21, 22:1
**knowledge** [1] - 31:24
**known** [1] - 25:19

## L

**language** [2] - 15:22, 31:23
**last** [4] - 7:6, 18:22, 28:11, 37:16
**late** [1] - 25:3
**law** [2] - 14:11, 24:3
**lawyer** [8] - 3:2, 8:5, 11:16, 19:13, 19:14, 33:13, 34:9, 35:18
**lawyers** [1] - 10:8
**leads** [1] - 15:14
**least** [3] - 21:24, 22:10, 27:24
**left** [1] - 19:16
**legal** [4] - 6:17, 6:23, 11:9, 34:21
**less** [1] - 15:12
**lesser** [1] - 16:25
**level** [8] - 14:20, 14:23, 14:25, 15:5, 15:7, 15:15, 15:16, 15:17
**levels** [6] - 14:25, 15:2, 15:12, 15:13, 34:1, 36:11
**licenses** [1] - 11:1
**life** [1] - 12:4
**light** [2] - 3:13, 41:24
**limited** [1] - 29:5
**lining** [1] - 28:7
**listed** [6] - 22:4, 25:7, 25:8, 29:6, 30:4
**listen** [2] - 5:15, 22:23
**lived** [1] - 23:22
**load** [2] - 27:8, 28:21
**loaded** [2] - 25:9, 25:12
**loans** [1] - 10:25
**local** [1] - 35:16

**located** [1] - 25:21
**Logistics** [2] - 25:20
**Lokus** [1] - 28:20
**Lombard** [1] - 1:23
**lose** [1] - 11:2
**loss** [2] - 14:24, 29:3

## M

**mandatory** [4] - 12:5, 12:12, 36:13, 36:21
**manner** [1] - 43:9
**marginal** [3] - 26:14, 28:6, 28:13
**Marine** [3] - 5:6, 30:6, 31:15
**marked** [2] - 7:5, 33:20
**marshal** [1] - 42:22
**marshals** [1] - 33:12
**Mary** [3] - 1:22, 43:3, 43:15
**MARYLAND** [1] - 1:1
**Maryland** [17] - 1:11, 1:24, 4:19, 4:20, 5:2, 5:3, 5:8, 21:25, 22:11, 23:8, 23:16, 25:15, 28:18, 28:21, 31:11, 31:16
**matter** [2] - 43:4, 43:9
**matters** [5] - 8:17, 8:20, 34:20, 35:6, 42:15
**maximum** [7] - 12:2, 12:3, 12:9, 12:13, 12:17, 13:8, 13:9
**means** [3] - 2:25, 26:17, 34:18
**medication** [1] - 6:9
**members** [3] - 19:14, 23:7, 25:2
**mental** [1] - 6:5
**merging** [1] - 23:5
**Michael** [1] - 23:10
**might** [3] - 14:14, 17:25, 35:18
**million** [3] - 13:8, 14:24, 29:5
**mind** [2] - 6:11, 23:2
**minimum** [4] - 12:5, 12:12, 36:13, 36:21
**minute** [1] - 29:18
**minutes** [1] - 24:2
**Miranda** [1] - 24:8
**misconduct** [2] - 21:23, 22:9
**mixture** [1] - 4:23
**model** [1] - 25:4
**moment** [4] - 5:17, 26:9, 26:19, 30:20
**morning** [5] - 2:8, 2:9,

2:10, 4:2, 39:9
**most** [1] - 27:18
**motion** [2] - 36:12, 36:21
**motor** [7] - 5:5, 5:7, 14:23, 22:13, 22:14, 31:13, 31:16
**move** [4] - 27:2, 31:7, 31:8, 36:9
**MR** [63] - 2:2, 2:10, 3:16, 3:25, 6:13, 7:2, 7:4, 7:10, 8:3, 8:23, 9:5, 9:7, 11:6, 12:1, 12:11, 13:21, 16:4, 16:19, 17:22, 18:2, 18:12, 18:16, 18:18, 23:1, 23:5, 24:20, 26:18, 26:21, 26:23, 27:1, 27:16, 27:25, 28:3, 28:5, 28:9, 28:16, 29:23, 30:1, 30:20, 30:24, 31:1, 32:22, 33:16, 33:18, 33:23, 34:5, 36:1, 36:15, 37:12, 37:15, 38:6, 38:11, 38:13, 40:11, 40:14, 41:16, 41:22, 42:1, 42:7, 42:9, 42:14, 42:17, 42:20
**Mushtaq** [2] - 1:16, 2:3
**must** [3] - 5:13, 13:22, 22:22

## N

**name** [3] - 4:9, 23:23, 23:24
**Nana** [10] - 2:3, 2:13, 4:10, 4:21, 5:4, 32:15, 32:18, 40:7, 40:19, 43:4
**NANA** [2] - 1:6, 4:4
**narcotics** [1] - 24:3
**national** [1] - 29:2
**natural** [1] - 12:4
**nature** [1] - 40:21
**necessary** [2] - 34:24, 36:12
**need** [5] - 5:16, 5:17, 26:16
**needed** [1] - 39:4
**needs** [1] - 3:15
**negotiated** [2] - 24:12, 24:13
**New** [6] - 5:7, 23:16, 25:14, 29:15, 29:21, 29:22, 30:6, 31:15
**Newark** [6] - 5:6, 25:14, 29:21, 29:22, 30:6, 31:15
**Newark-Elizabeth** [3] - 5:6, 30:6, 31:15

**next** [4] - 2:4, 26:8, 27:18, 27:20
**Nigeria** [1] - 25:17
**NO** [1] - 1:5
**none** [3] - 13:21, 28:7, 41:16
**Norfolk** [12] - 25:15, 29:10, 29:11, 29:12, 29:15, 29:19, 29:20, 29:21
**NORTHERN** [1] - 1:2
**notation** [1] - 26:14
**notations** [1] - 28:6
**note** [1] - 24:21
**noted** [1] - 24:22
**notes** [2] - 27:20, 28:13
**nothing** [2] - 38:13, 41:25
**notice** [1] - 14:2
**noticed** [1] - 23:20
**noticing** [1] - 40:8
**November** [5] - 29:11, 29:14, 29:19, 29:20
**number** [2] - 5:14, 26:7
**Number** [7] - 2:3, 7:6, 9:13, 33:20, 38:7, 40:7, 40:9
**Number(s** [1] - 43:5

## O

**oath** [1] - 5:21
**objections** [1] - 41:9
**obligation** [2] - 36:12, 36:22
**obligations** [3] - 34:13, 36:7, 36:18
**obtain** [2] - 10:24, 10:25
**obtained** [1] - 25:10
**obviously** [1] - 8:16
**occasion** [1] - 27:24
**occurred** [3] - 21:23, 22:9, 22:10
**Ocean** [1] - 25:20
**October** [4] - 29:9, 29:10, 29:18, 29:19
**Odenton** [1] - 28:21
**OF** [11] - 1:1, 1:4, 2:16, 4:7, 7:11, 9:8, 18:4, 19:1, 32:3, 34:6, 38:16
**offense** [15] - 10:19, 13:14, 14:20, 14:23, 14:24, 15:1, 15:3, 15:6, 15:14, 15:17, 19:7, 21:21, 40:25, 41:15
**offenses** [8] - 2:22, 10:20, 10:21, 12:2, 15:9, 21:20, 22:17, 41:2
**Office** [4] - 33:14,

**38**:20, 41:4, 41:5
**office** [1] - 10:23
**officer** [1] - 41:7
**Official** [1] - 43:16
**official** [1] - 43:8
**old** [1] - 4:13
**once** [3] - 22:9, 23:11, 25:10
**One** [10] - 7:6, 9:13, 12:3, 13:8, 15:9, 15:12, 23:2, 24:18, 40:3, 40:16
**one** [16] - 4:18, 14:19, 15:12, 20:5, 22:2, 22:18, 27:24, 29:4, 29:9, 29:10, 29:12, 29:13, 29:14, 29:15, 30:10, 33:15
**operable** [1] - 28:14
**operator** [1] - 25:19
**opportunity** [4] - 8:4, 16:9, 38:23, 41:18
**orchestrated** [1] - 27:4
**order** [8] - 9:25, 13:13, 14:1, 29:13, 33:4, 33:7, 42:3, 42:10
**ordered** [2] - 12:15, 12:16, 41:20
**orders** [1] - 27:6
**organized** [1] - 15:6
**original** [1] - 26:13
**otherwise** [4] - 3:13, 8:19, 33:7, 34:1
**outset** [1] - 31:2
**overall** [1] - 15:13
**overseas** [1] - 25:22
**own** [2] - 10:16, 20:17

## P

**p.m** [1] - 42:4
**page** [3] - 7:7, 37:16, 40:11
**Page** [8] - 7:7, 18:14, 25:7, 25:8, 26:14, 28:12, 30:16, 32:5
**Pages** [1] - 29:7
**pages** [1] - 43:7
**paid** [1] - 27:11
**Paragraph** [3] - 18:15, 34:1, 36:2
**paragraph** [4] - 26:8, 26:19, 28:12, 30:3
**Park** [1] - 25:21
**parole** [2] - 12:5, 17:8, 17:10
**part** [12] - 3:9, 7:15, 7:18, 8:25, 12:16, 17:19, 21:24, 22:10, 36:23, 37:18, 37:20, 38:8
**participant** [1] - 25:1

**participants** [2] - 27:11, 33:9
**participated** [1] - 29:4
**particular** [2] - 22:20, 24:10
**parties** [1] - 14:2
**party** [1] - 10:3
**passenger** [3] - 23:23, 24:6, 24:10
**Paul** [2] - 1:17, 2:5
**pause** [3] - 18:13, 26:11, 26:25, 30:23
**pay** [4] - 13:7, 13:13, 13:22, 20:8
**payments** [1] - 27:19
**penalties** [1] - 12:2
**penalty** [3] - 12:3, 12:5, 12:13
**pending** [2] - 41:24, 42:22
**people** [2] - 31:9, 31:19
**per** [1] - 13:23
**perjury** [1] - 5:23
**permanent** [1] - 17:24
**permission** [3] - 2:24, 3:7, 35:20
**permits** [1] - 10:25
**permitted** [4] - 14:11, 20:13, 20:18, 41:8
**permitting** [1] - 10:10
**persist** [1] - 19:7
**person** [1] - 15:1
**personal** [1] - 28:17
**persons** [1] - 33:8
**persuade** [2] - 9:21, 9:25
**pertains** [1] - 34:20
**place** [2] - 24:14, 24:17
**places** [1] - 28:19
**plea** [29] - 5:13, 6:25, 7:5, 8:5, 8:8, 8:13, 8:24, 9:3, 9:10, 9:19, 10:6, 10:7, 10:11, 11:17, 13:17, 14:3, 17:18, 17:22, 19:8, 21:12, 21:13, 22:22, 24:23, 26:13, 30:14, 33:5, 38:9, 39:11, 40:13
**plead** [3] - 3:19, 3:21, 5:10, 8:14, 10:19, 11:2, 19:4, 19:6, 21:18, 40:1, 40:3
**pleading** [3] - 10:16, 11:12, 37:3
**pleas** [12] - 10:20, 11:8, 13:10, 13:24, 14:6, 38:19, 39:3, 40:21, 40:22, 40:23, 41:1
**pled** [4] - 19:10, 26:5, 39:2, 39:13

**podium** [1] - 2:18
**point** [1] - 26:24
**Police** [1] - 23:8
**port** [5] - 25:14, 29:14, 30:2, 30:7
**Port** [9] - 5:6, 25:14, 25:15, 29:10, 29:11, 29:12, 30:6, 31:14
**portion** [2] - 26:21, 33:6, 38:14
**portions** [1] - 28:2
**ports** [2] - 25:13, 28:23
**possess** [4] - 4:22, 11:1, 22:2, 31:8
**possessed** [2] - 24:9, 31:5
**possession** [1] - 14:18
**possibility** [1] - 12:5
**possible** [4] - 12:3, 12:13, 14:5, 14:10
**possibly** [2] - 35:1, 35:5
**potential** [1] - 11:16
**prepare** [2] - 38:20, 42:13
**prepared** [2] - 41:3, 42:2
**prepares** [1] - 41:6
**presence** [1] - 24:2
**present** [7] - 20:16, 21:6, 33:8, 33:15, 41:6, 41:15, 41:17
**Presentence** [4] - 16:7, 38:20, 41:3, 41:9
**presumed** [1] - 19:18
**pretty** [2] - 16:1, 31:19
**previously** [1] - 41:20
**price** [1] - 24:12
**prison** [5] - 12:6, 12:12, 13:1, 13:4, 37:8
**Probation** [5] - 16:10, 33:14, 38:19, 41:4, 41:5
**probation** [1] - 41:7
**problem** [1] - 23:4
**Procedure** [1] - 33:3
**proceed** [1] - 6:12
**proceeding** [2] - 33:9, 39:2
**Proceedings** [3] - 18:13, 26:11, 42:24
**proceedings** [6] - 2:1, 19:25, 33:2, 33:6, 43:4, 43:8
**proceeds** [1] - 33:3
**process** [2] - 15:19, 42:12
**productively** [1] - 42:15
**promised** [1] - 36:9
**promises** [2] - 9:16, 9:18
**property** [3] - 13:17,

15:3, 15:5
**proposed** [1] - 16:10
**proposing** [1] - 10:19
**prosecute** [1] - 8:19
**prosecuted** [3] - 3:3, 3:7, 37:1
**prosecution** [1] - 5:23
**prosecutors** [1] - 33:13
**prove** [12] - 19:19, 21:22, 21:24, 22:1, 22:5, 22:8, 22:11, 22:13, 22:17, 22:25, 32:24
**provide** [3] - 14:1, 24:21, 41:4
**provided** [7] - 17:6, 23:14, 36:6, 36:8, 36:23
**provides** [1] - 35:24
**public** [2] - 10:23, 10:25
**pulled** [2] - 23:10, 23:11
**pulling** [1] - 35:11
**punches** [1] - 35:11
**purchase** [1] - 27:7
**purpose** [1] - 39:8
**put** [4] - 4:6, 34:19, 37:7, 38:9

## Q

**quantity** [2] - 4:23, 14:19
**questioned** [1] - 24:7
**questions** [7] - 5:14, 5:15, 5:22, 34:19, 39:5, 39:7, 39:21

## R

**raise** [1] - 4:3
**range** [2] - 16:7, 39:16
**read** [8] - 7:13, 8:4, 26:19, 30:17, 32:6, 32:11, 37:17, 41:9
**reading** [1] - 17:18
**reads** [1] - 5:1
**ready** [1] - 26:23
**really** [1] - 26:15
**Rearraignment** [1] - 1:10
**reasonable** [2] - 19:20, 22:18
**receive** [1] - 15:7
**received** [3] - 4:15, 6:18, 38:7
**receiving** [1] - 15:3, 15:4
**recently** [1] - 6:5
**recess** [1] - 42:23
**recommend** [1] - 33:25

**recommendation** [1] - 33:24
**recommendations** [3] - 10:8, 10:10, 36:20
**record** [7] - 3:10, 18:23, 33:10, 33:11, 38:8, 38:10, 38:15
**recorded** [1] - 43:3
**records** [1] - 33:7
**reduce** [1] - 36:10
**reduction** [1] - 15:16
**refer** [1] - 38:19
**referring** [1] - 4:16
**reflect** [2] - 15:16, 36:11
**regardless** [1] - 31:20
**registration** [2] - 23:14, 23:19
**regular** [1] - 42:2
**reject** [1] - 10:9
**related** [1] - 15:9
**relating** [1] - 30:14
**relation** [2] - 8:20, 11:24
**relationship** [2] - 39:19, 39:22
**release** [5] - 12:17, 12:20, 12:25, 13:2, 41:24
**released** [2] - 12:18, 17:10
**relevant** [3] - 8:18, 34:21, 42:12
**relieve** [2] - 36:12, 36:18
**relieved** [1] - 36:21
**remain** [2] - 11:9, 33:7
**remainder** [1] - 12:4
**remanded** [1] - 42:21
**replacing** [1] - 40:9
**Report** [4] - 16:7, 38:21, 41:3, 41:9
**report** [4] - 36:4, 38:22, 38:23, 41:6
**Reported** [1] - 1:22
**reported** [2] - 16:9, 24:10
**reporter** [2] - 18:21, 33:11
**Reporter** [1] - 43:16
**REPORTER'S** [1] - 43:1
**reports** [1] - 41:10
**represent** [3] - 20:2, 20:5, 20:8
**representation** [3] - 6:17, 7:19, 37:21
**representative** [1] - 33:14
**request** [1] - 41:23
**requests** [1] - 41:5
**require** [1] - 13:16

**required** [7] - 12:6, 12:21, 13:7, 19:4, 19:19, 20:8, 39:7
**resale** [1] - 25:2
**reservation** [1] - 35:10
**reserve** [1] - 8:16
**resolved** [2] - 31:1, 31:6
**respect** [16] - 3:6, 3:19, 11:24, 12:3, 12:7, 12:9, 13:8, 13:9, 14:17, 14:22, 21:21, 22:8, 34:19, 35:23, 37:13, 40:25
**respond** [2] - 5:16, 38:23
**responded** [1] - 23:18
**response** [2] - 5:15, 18:22
**responsibility** [1] - 15:16
**restitution** [1] - 13:14
**result** [1] - 11:12
**return** [1] - 13:4
**returned** [1] - 12:25
**revealed** [1] - 23:15
**review** [2] - 14:17, 37:11
**reviewed** [10] - 7:15, 7:16, 8:8, 16:4, 30:18, 32:7, 32:19, 34:3, 37:18, 38:21
**rights** [6] - 10:22, 11:2, 11:24, 21:15, 24:8, 39:16
**rise** [1] - 8:20
**risks** [1] - 26:3
**RIVERSON** [2] - 1:6, 4:4
**Riverson** [33] - 2:3, 2:11, 2:14, 2:20, 3:20, 4:9, 4:10, 4:21, 5:4, 5:11, 6:14, 7:20, 8:4, 9:10, 16:5, 16:21, 19:3, 23:13, 24:7, 24:13, 24:25, 30:17, 31:3, 32:16, 32:23, 34:8, 36:16, 37:17, 38:18, 40:7, 40:19, 43:5
**Riverson's** [1] - 32:19
**Road** [1] - 28:20
**Roger** [1] - 2:6
**role** [1] - 25:25
**Room** [1] - 1:23
**Rosenstein** [1] - 3:11
**routine** [2] - 23:8, 23:11
**RPR** [1] - 1:22
**Rule** [1] - 33:2
**rules** [1] - 15:10
**Rules** [1] - 33:2
**run** [1] - 24:1

## S

**satisfaction** [2] - 19:20, 22:19
**satisfied** [5] - 6:17, 7:19, 22:22, 37:10, 37:20
**saw** [1] - 23:9
**Schedule** [1] - 4:24
**scheduled** [1] - 42:3
**scheme** [3] - 15:6, 25:25, 28:24
**school** [1] - 6:1
**scribble** [1] - 26:17
**scribbled** [1] - 28:13
**scribbling** [1] - 28:10
**seal** [2] - 9:1, 18:25
**sealed** [21] - 7:14, 8:24, 8:25, 9:1, 9:14, 9:21, 18:19, 18:22, 18:23, 33:4, 33:6, 33:7, 33:10, 33:19, 34:4, 34:9, 36:2, 37:18, 38:10, 38:14, 40:8
**search** [1] - 24:14
**searched** [3] - 24:3, 29:16, 30:2
**seated** [1] - 2:4
**second** [4] - 12:9, 21:23, 22:8, 28:11
**secondly** [1] - 22:10
**Section** [5] - 4:25, 5:9, 14:13, 15:10, 16:23
**sections** [1] - 15:25
**Security** [1] - 2:6
**see** [4] - 18:19, 20:12, 23:18, 32:15
**segment** [1] - 33:4
**seized** [1] - 24:16
**selecting** [1] - 19:14
**sell** [1] - 24:11
**selling** [1] - 15:4
**sentence** [16] - 10:9, 10:13, 12:16, 14:8, 16:25, 17:4, 17:16, 18:10, 18:24, 27:18, 27:21, 27:23, 28:12, 36:13, 38:24, 41:13
**sentenced** [1] - 17:9
**sentencing** [22] - 8:17, 8:18, 14:9, 14:11, 14:12, 14:14, 15:20, 16:14, 16:22, 17:1, 36:10, 36:22, 41:10, 41:11, 41:18, 41:24, 42:2, 42:3, 42:5, 42:11, 42:12, 42:22
**separately** [1] - 9:1
**September** [2] - 1:10, 43:5
**Sergeant** [2] - 23:10, 23:25

**series** [1] - 39:5
**serious** [2] - 15:12
**serve** [3] - 10:23, 12:16, 19:16
**services** [1] - 20:9
**session** [1] - 38:15
**sessions** [1] - 35:19
**set** [6] - 8:14, 14:12, 15:10, 16:24, 32:24, 37:2
**sets** [2] - 9:14, 42:10
**severe** [1] - 10:14
**shall** [2] - 33:7, 41:12
**ship** [4] - 25:1, 25:23, 26:1, 27:9
**shipment** [1] - 29:4, 29:9, 30:5
**shipments** [1] - 27:4
**shipped** [5] - 25:16, 26:4, 28:25, 29:1
**shipping** [11] - 5:5, 25:9, 25:22, 26:2, 27:3, 27:14, 27:15, 27:16, 28:22, 29:5, 31:14
**sides** [3] - 8:15, 15:15, 18:9
**sign** [3] - 7:24, 32:15, 38:1
**signature** [2] - 32:15, 43:11
**signed** [7] - 3:11, 7:8, 8:1, 8:5, 32:20, 38:3, 40:14
**significance** [1] - 28:7
**signing** [1] - 34:13
**similarly** [1] - 41:17
**simply** [1] - 27:20
**sit** [2] - 19:15, 30:20
**six** [1] - 14:23
**slightly** [1] - 34:21
**sold** [1] - 25:5
**Solomon** [1] - 26:5
**someone** [1] - 9:25
**sometime** [1] - 24:24
**sorry** [2] - 3:16, 29:14
**sort** [1] - 23:5
**speaking** [1] - 15:23
**special** [1] - 13:22
**specific** [2] - 31:3, 33:24
**specifically** [3] - 7:16, 30:3, 31:14
**specified** [1] - 17:1
**spelled** [1] - 2:11
**stage** [1] - 19:25
**standard** [3] - 8:1, 33:22, 38:4
**started** [1] - 39:1
**State** [1] - 23:8
**state** [2] - 29:2, 35:16

**State's** [1] - 2:5
**statement** [28] - 5:24, 7:20, 8:2, 8:22, 18:23, 24:22, 25:7, 26:16, 27:23, 29:7, 29:25, 30:13, 30:17, 30:18, 30:19, 32:6, 32:8, 32:11, 32:13, 32:18, 32:20, 32:25, 37:17, 37:22, 38:1, 38:4
**statements** [1] - 35:23
**STATES** [2] - 1:1, 1:4
**States** [15] - 2:2, 4:18, 4:25, 5:1, 5:9, 11:10, 11:14, 14:9, 14:13, 16:23, 25:2, 25:3, 28:19, 40:7, 40:19
**status** [4] - 11:5, 11:9, 11:21, 41:25
**statutes** [1] - 22:7
**steal** [2] - 15:7, 25:3
**stenographically** [1] - 43:4
**still** [1] - 17:25
**stipulation** [1] - 7:17
**stolen** [27] - 5:7, 5:8, 14:22, 15:3, 15:4, 15:7, 22:13, 22:15, 25:1, 25:6, 25:23, 26:1, 26:3, 26:6, 27:5, 27:7, 27:12, 28:17, 28:21, 29:1, 29:17, 30:3, 30:8, 30:11, 31:16, 31:17, 31:24
**stop** [2] - 5:16, 5:18, 23:11
**store** [1] - 28:21
**stored** [3] - 25:9, 25:12
**street** [1] - 13:5
**Street** [1] - 1:23
**student** [1] - 10:24
**subject** [1] - 12:21
**subjected** [1] - 11:13
**subparagraph** [1] - 18:17
**subpoena** [1] - 20:18
**substance** [4] - 4:23, 4:24, 22:6
**substantial** [1] - 36:8
**substituting** [1] - 40:17
**suggest** [1] - 28:1
**summarized** [2] - 9:3, 9:10
**summary** [4] - 24:21, 24:22, 29:8, 30:13
**superseding** [9] - 3:10, 3:17, 4:15, 8:15, 8:21, 21:19, 30:15, 37:2, 40:3
**supervised** [4] - 12:17, 12:20, 12:25, 13:1
**supervision** [1] - 12:21

**supplement** [14] - 7:14, 8:24, 8:25, 9:2, 9:14, 9:21, 18:19, 33:5, 33:19, 34:4, 34:9, 36:2, 37:18, 40:9
**support** [1] - 30:14
**supported** [1] - 40:23
**suspicious** [2] - 23:21, 23:25
**SUV** [2] - 23:9
**swear** [1] - 4:1
**SWORN** [1] - 4:4

## T

**table** [1] - 2:4
**technical** [1] - 23:19
**Tema** [1] - 30:5
**temporary** [2] - 23:14
**ten** [1] - 12:6
**term** [7] - 8:8, 12:12, 12:16, 12:17, 13:1, 17:9
**Terminal** [3] - 5:6, 30:6, 31:15
**terms** [7] - 7:9, 8:13, 10:6, 10:7, 12:24, 36:17, 37:11
**testify** [4] - 20:21, 20:25, 21:3, 35:4
**testifying** [1] - 20:14
**testimony** [1] - 20:17
**text** [1] - 28:11
**TGHU8684083** [3] - 5:6, 30:5, 31:14
**THE** [89] - 1:1, 1:1, 2:8, 2:13, 2:15, 2:16, 2:17, 4:1, 4:2, 4:5, 4:6, 4:7, 4:8, 6:25, 7:3, 7:5, 7:11, 7:12, 9:6, 9:8, 9:9, 18:1, 18:3, 18:4, 18:5, 18:14, 18:17, 18:21, 19:1, 19:2, 23:4, 24:19, 26:10, 26:12, 27:15, 27:22, 28:4, 28:6, 28:10, 29:18, 29:24, 30:16, 30:22, 30:25, 31:10, 31:18, 31:20, 31:25, 32:1, 32:2, 32:3, 32:4, 33:17, 33:19, 34:3, 34:6, 34:7, 36:3, 36:16, 36:25, 37:1, 37:4, 37:5, 37:9, 37:10, 37:13, 37:16, 37:23, 37:24, 37:25, 38:1, 38:2, 38:3, 38:7, 38:12, 38:14, 38:16, 38:17, 40:6, 40:13, 40:16, 41:17, 41:23, 42:2, 42:8, 42:10, 42:15, 42:19, 42:21
**theft** [1] - 15:1

**therefore** [1] - 41:1
**therein** [1] - 29:6
**thereunder** [1] - 17:2
**third** [3] - 14:2, 22:1, 22:11
**threats** [1] - 9:24
**Three** [3] - 26:14, 28:12, 29:7
**three** [5] - 5:7, 14:19, 15:16, 30:8, 31:15
**three-level** [1] - 15:16
**Title** [3] - 4:25, 5:9, 14:12
**titled** [1] - 2:21
**today** [3] - 3:13, 6:12, 42:16
**together** [1] - 9:14
**Togo** [1] - 25:17
**total** [1] - 13:23
**tow** [1] - 27:13
**tracks** [2] - 29:24
**tractor** [1] - 27:13
**traffic** [2] - 23:8, 23:11
**trailer** [1] - 27:13
**transcribed** [1] - 43:8
**transcript** [2] - 33:4, 43:8
**transferred** [1] - 40:15
**transport** [2] - 5:4, 23:16
**transportation** [3] - 14:22, 22:14, 26:6
**transported** [6] - 22:12, 25:11, 25:15, 28:22, 31:12
**Transxport** [1] - 25:20
**traveling** [2] - 23:17, 23:18
**treated** [1] - 6:5
**trial** [16] - 19:11, 19:18, 19:24, 20:11, 20:22, 21:3, 21:7, 21:9, 21:13, 21:14, 21:15, 22:25, 32:23, 35:5, 39:14, 39:17
**tribunal** [1] - 11:20
**Trooper** [1] - 23:20
**truck** [1] - 27:13
**true** [10] - 3:5, 7:22, 30:19, 32:8, 32:9, 32:13, 32:21, 36:13, 36:15, 37:24
**truthfully** [1] - 35:9
**try** [1] - 34:25
**Tuesday** [1] - 1:10
**turn** [1] - 7:6
**turning** [2] - 30:16, 32:5
**two** [23] - 2:5, 2:22, 3:6, 3:17, 3:19, 3:21, 4:18, 5:10, 8:14, 8:20, 15:2, 15:5, 15:7, 15:9, 15:13,

23:5, 29:11, 30:11, 33:12, 33:13, 39:2, 41:2
**Two** [5] - 5:1, 13:9, 15:9, 15:11, 23:3, 24:20, 25:7, 25:8, 30:14, 31:23, 33:20, 36:2, 38:7, 40:3, 40:16
**two-count** [1] - 3:17
**two-level** [1] - 15:5, 15:7
**typographical** [1] - 40:8

## U

**U.S** [4] - 1:23, 22:24, 33:12, 38:19
**ultimately** [1] - 17:4
**umbrella** [1] - 35:25
**unable** [1] - 23:21
**unanimous** [1] - 19:20, 22:19
**under** [16] - 5:21, 6:8, 8:13, 9:1, 10:7, 15:10, 16:23, 17:12, 18:25, 22:6, 26:7, 33:2, 35:24, 36:1, 36:8, 36:19
**understood** [6] - 35:22, 36:1, 39:9, 39:11, 39:13, 39:16
**undertaking** [1] - 34:13
**UNITED** [2] - 1:1, 1:4
**United** [16] - 2:2, 2:5, 4:18, 4:25, 5:1, 5:9, 11:10, 11:14, 14:9, 14:13, 16:23, 25:2, 25:3, 28:19, 40:7, 40:19
**unlawfully** [1] - 4:22, 5:4, 31:12
**up** [12] - 3:15, 15:17, 17:20, 18:6, 18:9, 18:24, 21:14, 26:24, 30:24, 33:25, 36:11, 42:13
**USA** [1] - 43:4
**uttering** [1] - 18:24

## V

**valuable** [1] - 10:22
**valued** [1] - 30:8
**varied** [1] - 25:25
**variety** [1] - 25:6
**various** [7] - 25:8, 25:13, 25:16, 25:24, 27:11, 28:23, 29:9
**vehicle** [8] - 22:13, 22:14, 23:12, 23:16, 23:23, 24:1, 24:3
**vehicles** [36] - 5:5, 5:7, 14:23, 15:7, 25:1, 25:4,

25:6, 25:9, 25:12, 25:23, 26:1, 26:3, 26:7, 27:3, 27:5, 27:6, 27:7, 27:8, 27:13, 28:17, 28:21, 28:25, 29:1, 29:3, 29:6, 29:17, 30:1, 30:3, 30:8, 30:10, 31:5, 31:8, 31:13, 31:16
**versus** [3] - 2:2, 40:7, 40:19
**victim** [1] - 13:14
**victims** [3] - 14:3, 41:14, 41:17
**violate** [2] - 12:24, 36:17
**violation** [3] - 4:24, 5:9, 23:19
**violence** [1] - 9:24
**Virginia** [1] - 25:15
**visiting** [2] - 23:22
**voluntarily** [3] - 7:16, 20:18, 37:19
**voluntary** [1] - 40:23
**vote** [1] - 10:23

## W

**wait** [1] - 29:18
**waive** [2] - 3:5, 17:20
**waived** [1] - 21:14
**Waiver** [4] - 2:21, 3:1, 3:9, 3:14
**waiving** [2] - 18:9, 24:8
**warehouse** [1] - 28:20
**Washington** [3] - 5:8, 30:11, 31:16
**ways** [2] - 25:6, 25:8
**WELCH** [31] - 2:10, 2:11, 3:25, 6:13, 7:2, 7:4, 8:3, 9:7, 12:1, 16:4, 17:22, 18:2, 18:12, 18:16, 18:18, 26:21, 28:3, 28:5, 28:9, 30:20, 30:24, 31:1, 32:22, 33:18, 34:5, 37:15, 38:6, 38:13, 42:1, 42:7, 42:20
**Welch** [30] - 1:18, 2:8, 2:11, 2:18, 3:24, 5:19, 6:11, 7:1, 8:1, 9:6, 11:23, 15:19, 16:2, 18:11, 20:7, 26:9, 26:23, 26:25, 28:4, 28:8, 30:23, 30:25, 32:18, 33:17, 34:3, 37:13, 38:3, 38:12, 41:25, 42:6
**Welch's** [1] - 18:22
**West** [4] - 1:23, 25:2, 25:17, 25:24
**Whereof** [1] - 43:10

**willfully** [1] - 22:2
**William** [2] - 1:18, 2:10
**wish** [4] - 3:5, 7:18, 37:20, 41:15
**withdraw** [1] - 10:10
**Witness** [1] - 43:10
**witnesses** [4] - 20:12, 20:14, 20:17
**word** [1] - 34:8
**written** [1] - 41:3

## Y

**years** [4] - 12:6, 12:11, 12:12, 12:17
**yourself** [1] - 20:22

## Z

**Zajac** [3] - 1:22, 43:3, 43:15
**zealous** [1] - 6:22